AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| CORBIS CORPORATION | ) | CV 08 2033 |
| Plaintiff | ) | Civil Action No. |
| v. | ) | |
| ORIGINAL MARKETING GROUP, INC., et al. | ) | RMW  HRL |
| Defendant | ) | |

E-filing

**Summons in a Civil Action**

To: *(Defendant's name and address)*

ORIGINAL MARKETING GROUP, INC.;
NATIONAL TELEPHONE MESSAGE CORP., INC.;
OMG NATIONAL, INC.; and DOES 1 - 10, inclusive
(see attachment for addresses)

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Brooke Oliver, Esq. and Linda Joy Kattwinkel, Esq.
OLIVER, KATTWINKEL & SABEC P.C.
50 Balmy Alley, San Francisco, CA 94110
Phone: (415) 641-1116 / Fax: (415) 691-1116

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

Name of clerk of court
HELEN L. ALMACEN

Date: APR 1 8 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

Date: _____

                                                                        Server's signature

                                                                        Printed name and title

                                                                        Server's address

*Corbis Corporation*
v.
*Original Marketing Group, Inc., et al.*

## ATTACHMENT TO SUMMONS

Defendants' names and addresses:

1. ORIGINAL MARKETING GROUP, INC.

   3601 W. Commercial Blvd., Ste. 39
   Fort Lauderdale, FL 33309-3321

   6080 Center Dr., 6th Floor
   Los Angeles, CA 90045

   1101 Colorado
   Santa Monica, CA 90401-3054

2. NATIONAL TELEPHONE MESSAGE CORP., INC.

   10120 W. Oakland Park Blvd.
   Sunrise, FL 33351

3. OMG NATIONAL, INC.

   10120 W. Oakland Park Blvd.
   Sunrise, FL 33351