1  BROOKE OLIVER, ESQ. (# 172828)
   LINDA JOY KATTWINKEL, ESQ. (# 164283)
2  OLIVER, KATTWINKEL & SABEC P.C.
   50 Balmy Alley
3  San Francisco, CA 94110
   Phone: 415-641-1116
4  Fax: 415-695-1116
   brooke@okslaw.com
5  ljk@okslaw.com

6  Attorneys for Plaintiff
   CORBIS CORPORATION

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIS CORPORATION, a Nevada corporation, | No. CV-08-2033 RMW HRL |
| Plaintiff, | PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| vs. | |
| ORIGINAL MARKETING GROUP, INC., a Florida corporation; NATIONAL TELEPHONE MESSAGE CORP., INC., a Florida corporation; OMG NATIONAL, INC., a Florida corporation; and DOES 1 THROUGH 10, inclusive, | |
| Defendants. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    Pursuant to Civil L.R. 3-16, on behalf of Plaintiff Corbis Corporation, the
2 undersigned certifies that the following listed entities (i) have a financial interest in the
3 subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial
4 interest in that subject matter or in a party that could be substantially affected by the
5 outcome of this proceeding:

7    Corbis Holdings, Inc. – Parent company of Plaintiff Corbis Corporation

9 Dated: April 18, 2008            OLIVER, KATTWINKEL & SABEC P.C.

By: *(signature)*
Brooke Oliver
Linda Joy Kattwinkel
Attorneys for Plaintiff Corbis Corporation