AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559    E-filing | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

CV 08 2033 RMW HRL

☑ ACTION  ☐ APPEAL

| DOCKET NO. | DATE FILED | COURT NAME AND LOCATION |
|---|---|---|
|  | 4/18/2008 | U.S. District Court (Northern District of California)<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |

| PLAINTIFF | DEFENDANT |
|---|---|
| CORBIS CORPORATION | ORIGINAL MARKETING GROUP, INC.; NATIONAL TELEPHONE MESSAGE CORP., INC.; OMG NATIONAL, INC.; and DOES 1 - 10, inclusive |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VA 1-314-144 | Corbis digital online: April 2005 (Image 42-15217586) | Corbis Corporation |
| 2 | VA 1-314-144 | Corbis digital online: April 2005 (Image 42-15222922) | Corbis Corporation |
| 3 | VA 1-314-174 | Corbis digital online: May 2005 (Image 42-15290750) | Corbis Corporation |
| 4 | VA 1-338-770 | Corbis Digital Online, Oct. 2005 (Image 42-15877536 | Corbis Corporation |
| 5 | | (please see attachment for additional registrations) | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

<u>Corbis Corporation v. Original Marketing Group, Inc., et al.</u>

ATTACHMENT TO

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT**

|     | Copyright Registration No. | Title of Work | Author of Work |
| --- | --- | --- | --- |
| 5.  | VA 1-325-075 | Corbis digital online January 2005 & automated databases (Image RF250840) | Corbis Corporation |
| 6.  | VA 1-154-033 | Corbis digital online, April 2002 (Image 42-17719827) | Corbis Corporation |
| 7.  | VA 1-314-174 | Corbis digital online : May 2005 (Image 42-15263882) | Corbis Corporation |
| 8.  | VA 1-369-209 | Corbis digital online April 2006 & automated databases (Image 42-16670149) | Corbis Corporation |
| 9.  | VA 1-407-325 | Corbis digital online November 2006 & automated databases (Image 42-17516873) | Corbis Corporation |
| 10. | VA 1-369-209 | Corbis digital online April 2006 & automated databases (Image 42-16670311) | Corbis Corporation |
| 11. | VA 1-408-166 | Corbis digital online December 2006 & automated databases : Representative publication date-December 2006 (Image 42-17615296) | Corbis Corporation |
| 12. | VA 1-407-325 | Corbis digital online November 2006 & automated databases (Image 42-17623423) | Corbis Corporation |
| 13. | VA 1-154-033 | Corbis digital online, April 2002 (Image CU943026) | Corbis Corporation |
| 14. | VA 1-303-398 | Corbis digital online February 2005 & automated database (Image CBR002954) | Corbis Corporation |
| 15. | VA 1-314-174 | Corbis digital online : May 2005 (Image 42-15244741) | Corbis Corporation |
| 16. | VA 1-314-144 | Corbis digital online April 2005 & automated database (Image 42-15209376) | Corbis Corporation |
| 17. | VA 1-314-144 | Corbis digital online April 2005 & automated database (Image 42-15232974) | Corbis Corporation |
| 18. | VA 1-314-144 | Corbis digital online April 2005 & automated database (Image 42-15216041) | Corbis Corporation |
| 19. | VA 1-314-174 | Corbis digital online : May 2005 (Image 42-15256329) | Corbis Corporation |
| 20. | VA 1-314-174 | Corbis digital online : May 2005 (Image 42-15250570) | Corbis Corporation |
| 21. | VA 1-314-144 | Corbis digital online April 2005 & automated database (Image 42-15205579) | Corbis Corporation |
| 22. | VA 1-314-174 | Corbis digital online : May 2005 (Image 42-15299696) | Corbis Corporation |
| 23. | VA 1-262-647 | Corbis digital online May 2004 & automated database (Image DWF15-700420) | Corbis Corporation |
| 24. | VA 1-314-174 | Corbis digital online : May 2005 (Image 42-15247867) | Corbis Corporation |

|     | Copyright Registration No. | Title of Work | Author of Work |
|-----|---------------------------|---------------|----------------|
| 25. | VA 1-314-144 | Corbis digital online April 2005 & automated database (Image 42-15179871) | Corbis Corporation |
| 26. | VA 1-314-174 | Corbis digital online : May 2005 (Image 42-15256998) | Corbis Corporation |
| 27. | VA 1-338-772 | Corbis Digital Online, August 2005 (Image 42-15434625) | Corbis Corporation |
| 28. | VA 1-314-144 | Corbis digital online April 2005 & automated database (Image 42-15231012) | Corbis Corporation |
| 29. | VA 1-233-169 | Corbis digital online January 2004 (Image EV204-051) | Corbis Corporation |