BROOKE OLIVER, ESQ.  (# 172828)
LINDA JOY KATTWINKEL, ESQ. (# 164283)
OLIVER, KATTWINKEL & SABEC P.C.
50 Balmy Alley
San Francisco, CA  94110
Phone:  415-641-1116
Fax:  415-695-1116
brooke@okslaw.com
ljk@okslaw.com

Attorneys for Plaintiff
CORBIS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIS CORPORATION, a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ORIGINAL MARKETING GROUP, INC., a Florida corporation; NATIONAL TELEPHONE MESSAGE CORP., INC., a Florida corporation; OMG NATIONAL, INC., a Florida corporation, and DOES 1 THOUGH 10, inclusive,<br><br>　　　　　Defendants. | No.  CV08-2033 RMW-HRL<br><br>**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT UPON OMG NATIONAL, INC.** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# AFFIDAVIT OF SERVICE

| | |
|---|---|
| Insert name of court, judicial district or branch court, if any: | |
| United States District Court, Northern District of California | |
| DEPOSITION/COURT DATE: | CASE NUMBER: CV-08-2033-RMW-HRL |
| PLAINTIFF/PETITIONER: Corbis Corporation | |
| DEFENDANT/RESPONDENT: Original Marketing Group, Inc., et al | |

**DOCUMENTS SERVED:**
Summons, Plaintiff's Certification of Interested Entities or Persons, Civil Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines, Report on the Filing or Determination of Action or Appeal Regarding a Copyright, Complaint with Exhibit ECF Registration Handout, Northern District Welcome Information

Received on **05/01/2008** at **11:50 AM** to be served on:

**OMG National, Inc.**

I do hereby affirm that on **5-2-08** at **11:40AM** I served this process by:

☑ **CORPORATE SERVICE:** By leaving a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) and informing the person of the contents:
NAME: **Sonya Rose** TITLE: **secretary**

___ **OTHER:** By delivering a true copy of this process to _____, _____ and informing him/her of the contents.

___ **NON-SERVICE:** For the reason(s) listed in the comments below:

| LOCATION OF SERVICE: | FOR (Client): |
|---|---|
| 10120 West Oakland Park Boulevard, Sunrise, FL 33351 | Brooke Oliver, Esq.<br>Oliver, Kattwinkel & Sabec, P.C.<br>50 Balmy Alley<br>San Francisco, CA 94110<br>415-641-1116 |

**COMMENTS:** Authorized to accept.

**AUTHORIZATION:** I AM APPOINTED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHEREIN THIS PROCESS WAS SERVED AND HAVE NO INTEREST IN THE ABOVE ACTION.

| NOTARY: | SIGNATURE: |
|---|---|
| Sworn to and subscribed before me on the 2nd day of May, 2008 by Ronald L. Harper.<br><br>Susan Rosenberg<br>NOTARY PUBLIC<br>SUSAN ROSENBERG<br>MY COMMISSION # DD 675106<br>EXPIRES: June 25, 2011<br>Bonded Thru Notary Public Underwriters<br>___ Personally Known<br>___ Produced Identification<br>Type of identification produced: _____ | X _Ronald L. Harper_<br>Ronald L. Harper - Cert/Appt#: 541 - Broward<br>State Service Corporation<br>4030 Powerline Rd.<br>Ft. Lauderdale, FL 33309<br>OUR FILE#: **97722** |