1  BROOKE OLIVER, ESQ.  (# 172828)
   LINDA JOY KATTWINKEL, ESQ. (# 164283)
2  OLIVER, KATTWINKEL & SABEC P.C.
   50 Balmy Alley
3  San Francisco, CA  94110
   Phone:  415-641-1116
4  Fax:  415-695-1116
   brooke@okslaw.com
5  ljk@okslaw.com

6  Attorneys for Plaintiff
   CORBIS CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | CORBIS CORPORATION, a Nevada | No.  CV08-2033 RMW-HRL
12 | corporation, |
13 |           Plaintiff, | **AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT UPON NATIONAL TELEPHONE MESSAGE CORP., INC.**
14 | vs. |
15 | ORIGINAL MARKETING GROUP, INC., a Florida corporation; NATIONAL TELEPHONE MESSAGE CORP., INC., a Florida corporation; OMG NATIONAL, INC., a Florida corporation, and DOES 1 THOUGH 10, inclusive, |
16 |  |
17 |  |
18 |  |
19 |           Defendants. |

20

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

# AFFIDAVIT OF SERVICE

| Insert name of court, judicial district or branch court, if any: | |
|---|---|
| United States District Court, Northern District of California | |
| DEPOSITION/COURT DATE: | CASE NUMBER: CV-08-2033-RMW-HRL |

**PLAINTIFF/PETITIONER:**
Corbis Corporation

**DEFENDANT/RESPONDENT:**
Original Marketing Group, Inc., et al

**DOCUMENTS SERVED:**
Summons, Plaintiff's Certification of Interested Entities or Persons, Civil Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines, Report on the Filing or Determination of Action or Appeal Regarding a Copyright, Complaint with Ex ECF Registration Handout, Northern District Welcome Information

Received on **05/01/2008** at **11:50 AM** to be served on:

**National Telephone Message Corp., Inc.**

I do hereby affirm that on **5-2-08** at **11:40 AM** I served this process by:

✓ **CORPORATE SERVICE:** By leaving a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) and informing the person of the contents:

NAME: **Sonya Rose**   TITLE: **Secretary**

___ OTHER: By delivering a true copy of this process to _____, _____ and informing him/her of the contents.

___ NON-SERVICE: For the reason(s) listed in the comments below:

**LOCATION OF SERVICE:**
10120 West Oakland Park Boulevard
Sunrise, FL 33351

**FOR (Client):**
Brooke Oliver, Esq.
Oliver, Kattwinkel & Sabec, P.C.
50 Balmy Alley
San Francisco, CA 94110
415-641-1116

**COMMENTS:** Authorized to accept.

**AUTHORIZATION:**
I AM APPOINTED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHEREIN THIS PROCESS WAS SERVED AND HAVE NO INTEREST IN THE ABOVE ACTION.

**NOTARY:**
Sworn to and subscribed before me on the 5th day of May, 2008 by Ronald L. Harper.

X *Susan Rosenberg*
NOTARY PUBLIC

___ Personally Known
___ Produced Identification
Type of identification produced: _____

SUSAN ROSENBERG
MY COMMISSION # DD 675106
EXPIRES: June 25, 2011
Bonded Thru Notary Public Underwriters

**SIGNATURE:**
X *Ronald L. Harper*
Ronald L. Harper - Cert/Appt#: 541 - Broward
State Service Corporation
4030 Powerline Rd.
Ft. Lauderdale, FL 33309
OUR FILE#: **97721**