```
BROOKE OLIVER, ESQ. (# 172828)
LINDA JOY KATTWINKEL, ESQ. (# 164283)
OLIVER, KATTWINKEL & SABEC P.C.
50 Balmy Alley
San Francisco, CA  94110
Phone:  415-641-1116
Fax:  415-695-1116
brooke@okslaw.com
ljk@okslaw.com
```

Attorneys for Plaintiff
CORBIS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIS CORPORATION, a Nevada corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>ORIGINAL MARKETING GROUP, INC., a Florida corporation; NATIONAL TELEPHONE MESSAGE CORP., INC., a Florida corporation; OMG NATIONAL, INC., a Florida corporation, and DOES 1 THOUGH 10, inclusive,<br><br>            Defendants. | No.  CV08-2033 RMW-HRL<br><br>**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT UPON ORIGINAL MARKETING GROUP, INC.** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# AFFIDAVIT OF SERVICE

**Insert name of court, judicial district or branch court, if any:**
United States District Court, Northern District of California

**DEPOSITION/COURT DATE:**

**CASE NUMBER:** CV-08-2033-RMW-HRL

**PLAINTIFF/PETITIONER:**
Corbis Corporation

**DEFENDANT/RESPONDENT:**
Original Marketing Group, Inc., et al

**DOCUMENTS SERVED:**
Summons, Plaintiff's Certification of Interested Entities or Persons, Civil Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines, Report on the Filing or Determination of Action or Appeal Regarding a Copyright, Complaint with Ex ECF Registration Handout, Northern District Welcome Information

Received on 05/01/2008 at 11:50 AM to be served on:

Original Marketing Group, Inc.

I do hereby affirm that on 5-27-08 at 10:20 AM I served this process by:

✓ **CORPORATE SERVICE:** By leaving a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) and informing the person of the contents:
NAME: Sonya Rose    TITLE: Secretary - Authorized to Accept

___ OTHER: By delivering a true copy of this process to _____, _____ and informing him/her of the contents.

___ NON-SERVICE: For the reason(s) listed in the comments below:

**LOCATION OF SERVICE:**
6044 Homeland Road
Lake Worth, FL 33449

**FOR (Client):**
Brooke Oliver, Esq.
Oliver, Kattwinkel & Sabec, P.C.
50 Balmy Alley
San Francisco, CA 94110
415-641-1116

**COMMENTS:**
Given address is a residence within a gated community. Several attempts made - no one ever home. Served at 2nd address 10120 West Oakland Park Boulevard, Sunrise, FL.

**AUTHORIZATION:**
I AM APPOINTED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHEREIN THIS PROCESS WAS SERVED AND HAVE NO INTEREST IN THE ABOVE ACTION.

**NOTARY:**
Sworn to and subscribed before me on the 28th day of May, 2008 by Ronald L. Harper.

*Susan Rosenberg*
NOTARY PUBLIC

___ Personally Known
___ Produced Identification
Type of identification produced: _____

SUSAN ROSENBERG
MY COMMISSION # DD 675106
EXPIRES: June 25, 2011
Bonded Thru Notary Public Underwriters

**SIGNATURE:**
X *Ronald L. Harper*
Ronald L. Harper - Cert/Appt#: 541 - Broward
State Service Corporation
4030 Powerline Rd.
Ft. Lauderdale, FL 33309
OUR FILE#: 97723