BROOKE OLIVER, ESQ.  (# 172828)
LINDA JOY KATTWINKEL, ESQ. (# 164283)
OLIVER, KATTWINKEL & SABEC P.C.
50 Balmy Alley
San Francisco, CA  94110
Tel:  (415) 641-1116
Fax:  (415) 695-1116
brooke@okslaw.com
ljk@okslaw.com

Attorneys for Plaintiff
CORBIS CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIS CORPORATION, a Nevada corporation,<br><br>              Plaintiff,<br><br>    vs.<br><br>ORIGINAL MARKETING GROUP, INC., a Florida corporation; NATIONAL TELEPHONE MESSAGE CORP., INC., a Florida corporation; OMG NATIONAL, INC., a Florida corporation; and DOES 1 THROUGH 10, inclusive,<br><br>          Defendants. | No. CV 08 2033 RMW HRL<br><br>**FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT AND VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT** |

Plaintiff Corbis Corporation ("Corbis"), through its counsel, alleges as its first amended complaint against Defendants Original Marketing Group, Inc., National Telephone Message Corp., Inc. and OMG National, Inc., and Does 1-10, as follows:

## NATURE OF THE ACTION

1.     Corbis is a leading visual-solutions provider, licensing images that enable publishers, advertising and design agencies, filmmakers, and other creative professionals to tell their stories with impact beyond words.  Recently, at least 40

images from the Corbis collections ("Corbis Images") were misappropriated, and used in over 270 instances, without license or permission, contrary to the rights of Corbis and of the photographers that Corbis represents. Such images were reproduced, displayed, distributed and otherwise misused – in pursuit of profit – on Defendants' websites without compensation to Corbis for their use. Because Defendants have failed to satisfactorily respond to Corbis' good-faith demand, and attempts to informally resolve this dispute have been futile, Corbis now files this action for copyright infringement under 17 U.S.C. § 101 *et seq.* Corbis seeks injunctive relief restraining infringement by Defendants of Plaintiff's copyrights, damages as the direct and proximate result thereof, and related relief.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1331 (federal question), and 28 U.S.C. § 1338(a) (copyright), as this action involves claims brought under federal law and the United States Copyright Act, 17 U.S.C. § 101 *et seq.*

3. This Court has personal jurisdiction over Defendants as, either directly or through their agents, they do business in the State of California and within this judicial district; they expected or reasonably should have expected their acts to have consequence in the State of California and within this judicial district; and they derived substantial revenue from California and interstate or international commerce. Upon information and belief, among other things, Defendants display their interactive webpages throughout this district, do business with clients within this district, and advertised two California office addresses:

6080 Center Dr., 6th Floor          1101 Colorado
Los Angeles, CA 90045               Santa Monica, CA 90401

4. Venue in the Northern District of California is proper pursuant to 28 U.S.C. § 1400(a), as Defendants are doing continuous business in this judicial district,

Defendants or their agents may be found in this district, and/or a substantial part of the events giving rise to the claims described herein, including acts of infringement, occurred in this district.

## INTRADISTRICT ASSIGNMENT

5.     Pursuant to Local Rule 3-2(c), Intellectual Property Actions shall be assigned on a district-wide basis.

## THE PARTIES

6.     Plaintiff Corbis Corporation is a Nevada corporation with its principal place of business at 902 Broadway, New York, New York.

7.     On information and belief, Defendant Original Marketing Group, Inc. ("OMG") is or has been at times relevant to Plaintiff's claims, a Florida corporation with a principal place of business at 3601 W. Commercial Blvd., Ste. 39, Fort Lauderdale, FL 33309-3321, and 6080 Center Dr., 6th Floor, Los Angeles, CA 90045, and 1101 Colorado, Santa Monica, CA 90401-3054.  On information and belief, OMG was, at all times relevant to Plaintiff's claims, engaged in the business of advertising, marketing and design services for others, including website design and hosting, and promoted such services on the internet.

8.     On information and belief, Defendant National Telephone Message Corp., Inc. ("NTMC") is or has been at times relevant to Plaintiff's claims, a Florida corporation with its principal place of business at 10120 W. Oakland Park Blvd., Sunrise, FL 33351.  On information and belief NTMC was, at all times relevant to Plaintiff's claims, engaged in the business of producing and selling on-hold telephone audio advertising.

9.     On information and belief, Defendant OMG National, Inc. is a Florida corporation with its principal place of business at 10120 W. Oakland Park Blvd., Sunrise, FL 33351.  On information and belief, Defendant OMG National, Inc. was

formed in July 2007 by merger of Defendants OMG and NTMC, and/or has become a parent company or is otherwise affiliated with Defendants OMG and NTMC.  OMG National, Inc. ("OMG National") is engaged in the business of advertising, marketing and design services for others, including audio telephone advertising, website design and hosting, and promotes such services on the website <www.omgnational.com> (the "OMG National Website") and other websites.

10.    Plaintiff does not know the true names of the individuals, corporations, partnerships or other entities sued and identified herein as Does 1 through 10.  Plaintiff alleges that said Defendants are liable to Plaintiff under the claims for relief set forth below, and request leave of this Court to amend this Complaint when the true names of said Defendants are discovered.

11.    At all times relevant herein, Defendants OMG, NTMC, OMG National, and Does 1 through 10, have been and/or are under common ownership and control, or otherwise have acted in concert and as agents of each other, and are therefore joint and severally liable for the infringements alleged herein.

## FACTUAL ALLEGATIONS

12.    Corbis is in the business of licensing photographs and fine art images on behalf of itself and the photographers and other licensors it represents.  Corbis offers a preeminent collection of more than 100 million creative, entertainment and historic images and serves more than 50 countries worldwide.  Generally, the images in Corbis' collections were taken by professional photographers who earn most or all of their livelihoods from the licensing fees Corbis is able to obtain for their images.  Corbis' collections highlight well-known photographers and some of the most recognized images in contemporary society, including cutting edge contemporary creative imagery, and images from cultural institutions, museums and photojournalists.  Corbis' customers include thousands of leading print, interactive and broadcast advertising

agencies, direct marketing agencies, corporations, small and medium sized businesses, publishers and media companies.

13.    The images in Corbis' collections are the subject of copyright protection under the laws of the United States.  Corbis has protected the images in its collections including those that are the subject of this action by systematically registering the copyrights thereto.

14.    Corbis owns and operates a website located at the internet address <www.corbis.com> (the "Corbis Website").  At the Corbis Website, users are able to search hundreds of thousands of images from Corbis' collection and then pay to license the images for specific uses.

15.    Upon information and belief, and at all times relevant to the facts alleged herein, OMG owned, operated, and maintained websites located at <www.originalmarketinggroup.com>, <www.omghq.com>, <www.sothebysonhold.com>,  and <www.originalleads.com> (collectively hereinafter referred to as the "OMG Websites"); and OMG National, or its predecessors in interest, owned, operated and maintained websites located at <atraonhold.com>, <www.payasyouplay.com>, <chemdryonhold.com>, and <medicineshoppeonhold.com> (collectively hereinafter referred to as the "OMG National Branded Websites").  The OMG Websites, the OMG National Website, and OMG National Branded Websites are or were highly interactive and transmitted nationwide via the Internet, and advertise, sell and otherwise offer Defendants' products and services.

16.    Upon information and belief, sometime prior to January 2006, Defendants copied and/or uploaded numerous Corbis photographs ("Corbis Images") onto the OMG Websites, and sometime thereafter onto the OMG National Branded Websites, all without authorization, and without paying the required commercial license fees.

17.    The Corbis Images were reproduced, displayed and distributed to the public on the OMG Websites and the OMG National Branded Websites as part of Defendants'

marketing and advertising material in an effort to attract business from those visiting the sites.

18.    Attached as Exhibit A is a representative, non-exhaustive sample of true and correct copies of presently known Corbis Images registered with the United States Copyright Office, with screen shots taken from the OMG Websites and OMG National Branded Websites depicting some of Defendants' unauthorized uses of the Corbis Images.

19.    On or around July 6, 2007, and several times thereafter, Corbis provided written notice advising OMG of its unauthorized use of the Corbis Images.

20.    In response to such notice, OMG failed to produce any evidence of valid licenses for the hundreds of unauthorized uses on the OMG Websites.

21.    Attached as Exhibit B is a chart identifying the United States Copyright Office registration certificate numbers and registration dates for the Corbis Images presently known to have been copied and displayed on the OMG Websites and OMG National Branded Websites, evidencing that Corbis owns or controls the registered copyrights to these Corbis Images.

## FIRST CLAIM FOR RELIEF
### Federal Copyright Infringement
### [17 U.S.C. §101 *et seq.*]

22.    Corbis repeats and realleges the allegations of paragraphs 1 through 21, inclusive, as if fully set forth herein.

23.    Corbis holds valid copyright registrations in the Corbis Images as evidenced by the copyright registrations set forth in Exhibit B.

24.    Defendants reproduced, distributed, displayed, and created derivative works of the Corbis Images for commercial purposes without Corbis' authorization.

25.    The actions and conduct of Defendants and each of them directly, contributorily, and/or vicariously infringe Corbis' exclusive rights granted by Section

106 of the Copyright Act, 17 U.S.C. §106, to display, reproduce, distribute and create derivative works based on Corbis' registered copyright works.

26.    Defendants and each of them have induced, caused or materially contributed to the infringing acts alleged herein and are each liable to Corbis for direct, contributory or vicarious copyright infringement, or inducing the same.

27.    Such actions and conduct by Defendants constitute copyright infringement under the Copyright Act, 17 U.S.C. § 501.

28.    As result of the copyright infringement described above, Corbis is entitled to relief against Defendants including, but not limited to, injunctive relief, actual damages and disgorgement of Defendants' profits, or statutory damages, statutory costs and attorneys' fees, and prejudgment interest.

## SECOND CLAIM FOR RELIEF
### Removal or Alteration of Copyright Management Information
### [17 U.S.C. § 1202]

29.    Corbis repeats and realleges the allegations of Paragraphs 1 though 28, inclusive, as if fully set forth herein.

30.    All of the Corbis Images were displayed on the Corbis Website with corresponding copyright management information ("CMI") indicating Corbis' control of rights in the images.

31.    Upon information and belief, when Defendants or their agents duplicated and displayed the Corbis Images on Defendants' websites, they intentionally removed the CMI from each of the original Corbis images.

32.    Upon information and belief, when Defendants distributed and publicly displayed the Corbis Images and copies thereof on Defendants' websites, they knew that CMI had been removed or altered without authority of Corbis, the entity that controlled the copyrights.

33.    Defendants knew or had reasonable grounds to know that their conduct specified in the prior two paragraphs herein would induce, enable, facilitate or conceal Defendants' infringement of copyrights in the Corbis Images.

34.    Defendants' conduct therefore constitutes a violation of the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. §1202(b).

35.    As a result of the conduct described above, Corbis is entitled to relief against Defendants, including, without limitation, injunctive relief, actual damages or statutory damages in the amount of up to $25,000 per violation, statutory costs and attorneys' fees, and prejudgment interest.

## RELIEF REQUESTED

WHEREFORE, Corbis prays for relief against Defendants as follows:

1.    For orders preliminarily and permanently enjoining Defendants, Defendants' agents, employees, and licensees, and all persons or entities in active concert or participation with any of them who receive notice of the Court's Order, from creating, displaying, marketing, promoting, advertising, distributing, selling, and/or otherwise disposing of any materials that incorporate, reflect, or contain any unauthorized use of the Corbis Images or any other copyrighted works belonging to Corbis or its Licensors, pursuant to the U.S. Copyright Act, 17 U.S.C. § 502 and the DMCA, 17 U.S.C. § 1203(b)(1);

2.    For an award of Corbis' actual damages and all of Defendants' additional profits made by Defendants in such amount as may be found, pursuant to 17 U.S.C. §§ 504(a)-(b), or for statutory damages of (a) not less than $750 or more than $30,000 per image pursuant to 17 U.S.C. § 504(c)(1) or, upon a finding of willful infringement pursuant to 17 U.S.C. § 504(c)(2), up to $150,000 per image; and (b) not less than $2,500 or more than $25,000 per image, pursuant to 17 U.S.C. § 1203( c)(3)(B);

3.    For an award of costs, pursuant to 17 U.S.C. §§ 505 and 1203(b)(4);

4.    For an award of reasonable attorneys' fees, pursuant to 17 U.S.C. §§ 505 and 1203(b)(5);

5.    For an award of prejudgment interest on the amount of any award to Corbis; and

6.    For such other and further relief as the Court deems just and equitable.

Dated:    June 4, 2008                    OLIVER, KATTWINKEL & SABEC P.C.


By: _____
     Brooke Oliver
     Linda Joy Kattwinkel
     Attorneys For Plaintiff Corbis Corporation




**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial of all issues in the above-captioned action which are triable to a jury.


Dated:    June 4, 2008                    OLIVER, KATTWINKEL & SABEC P.C.


By: _____
     Brooke Oliver
     Linda Joy Kattwinkel
     Attorneys For Plaintiff Corbis Corporation

# EXHIBIT A



42-15217586  |  © JLP/Deimos/zefa/Corbis  |  RM (Premium)

| | |
|---|---|
| IMAGE URL | http://www.originalmarketinggroup.com/flash_omg.swf |
| PAGE URL | http://www.originalmarketinggroup.com/ |

# EXHIBIT A



**42-15217586 | © JLP/Deimos/zefa/Corbis | RM (Premium)**

| **IMAGE URL** | http://www.originalmarketinggroup.com/flash_omg.swf |
| **PAGE URL** | http://www.originalmarketinggroup.com/aboutus.html |

## EXHIBIT A



| | |
|---|---|
| **IMAGE URL** | http://www.originalmarketinggroup.com/flash_omg.swf |
| **PAGE URL** | http://www.originalmarketinggroup.com/services.html |

# EXHIBIT A



| | |
|---|---|
| **IMAGE URL** | http://www.originalmarketinggroup.com/flash_omg.swf |
| **PAGE URL** | http://www.originalmarketinggroup.com/portfolio.html |

## EXHIBIT A



| | |
|---|---|
| **42-15217586 | © JLP/Deimos/zefa/Corbis | RM (Premium)** | |
| **IMAGE URL** | http://www.originalmarketinggroup.com/flash_omg.swf |
| **PAGE URL** | http://www.originalmarketinggroup.com/contact.html |

## EXHIBIT A



**42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://www.originalmarketinggroup.com/flash_omg.swf |
|---|---|
| **PAGE URL** | http://www.originalmarketinggroup.com/ |



## EXHIBIT A



**42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://www.originalmarketinggroup.com/flash_omg.swf |
|---|---|
| **PAGE URL** | http://www.originalmarketinggroup.com/aboutus.html |



## EXHIBIT A



**42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)**

| IMAGE URL | http://www.originalmarketinggroup.com/flash_omg.swf |
|-----------|------------------------------------------------------|
| PAGE URL  | http://www.originalmarketinggroup.com/services.html  |



## EXHIBIT A



**42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)**

| IMAGE URL | http://www.originalmarketinggroup.com/flash_omg.swf |
|-----------|-----------------------------------------------------|
| PAGE URL  | http://www.originalmarketinggroup.com/portfolio.html |



# EXHIBIT A



**42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://www.originalmarketinggroup.com/flash_omg.swf |
|---|---|
| **PAGE URL** | http://www.originalmarketinggroup.com/contact.html |



## EXHIBIT A



**42-15290750  |  LWA-Dann Tardif/Corbis  |  RM**

| IMAGE URL | http://www.originalmarketinggroup.com/images/seoquestions.jpg |
|-----------|----------------------------------------------------------------|
| PAGE URL  | http://www.originalmarketinggroup.com/aboutus.html |



## EXHIBIT A



**42-15877536  |  © Emma Rian/zefa/Corbis  |  RM (Premium)**

| IMAGE URL | http://www.originalmarketinggroup.com/images/seoquestions2.jpg |
|---|---|
| PAGE URL | http://www.originalmarketinggroup.com/services.html |

## EXHIBIT A



**RF250840  |  © Royalty-Free/Corbis  |  RF**

| **IMAGE URL** | http://www.originalmarketinggroup.com/images/womenonhold.jpg |
|---|---|
| **PAGE URL** | http://www.originalmarketinggroup.com/audio.html |



# EXHIBIT A



| 42-17719827 | © Ron Chapple Stock/Corbis | RM |
| --- | --- | --- |
| **IMAGE URL** | http://www.omghq.com/flash/portfolioNav.swf | |
| **PAGE URL** | http://www.omghq.com/portfolioindex.html | |

## EXHIBIT A



| 42-17719827  |  © Ron Chapple Stock/Corbis  |  RM | |
|---|---|
| **IMAGE URL** | http://www.omghq.com/images/clientAudioButtonOver.jpg |
| **PAGE URL** | http://www.omghq.com/clients.html |

**EXHIBIT A**



42-15263882  |  © Josh Westrich/zefa/Corbis  |  RM

| IMAGE URL | http://www.omghq.com/flash/portfolioNav.swf |
|---|---|
| PAGE URL | http://www.omghq.com/portfolioindex.html |

**EXHIBIT A**



| 42-16670149   |   © Jim Craigmyle/Corbis   |   RM | |
|---|---|
| **IMAGE URL** | http://www.omghq.com/flash/portfolioNav.swf |
| **PAGE URL** | http://www.omghq.com/portfolioindex.html |

**EXHIBIT A**



| 42-16670149  |  © Jim Craigmyle/Corbis  |  RM | |
|---|---|
| **IMAGE URL** | http://www.omghq.com/images/clientDesignButtonOver.jpg |
| **PAGE URL** | http://www.omghq.com/clients.html |

## EXHIBIT A



| | |
|---|---|
| **42-17516873  \|  © Scott Van Dyke/Beateworks/Corbis  \|  RM** | |
| **IMAGE URL** | http://www.omghq.com/flash/portfolioNav.swf |
| **PAGE URL** | http://www.omghq.com/portfolioindex.html |

**EXHIBIT A**



| | |
|---|---|
| **42-16670311  \|  © Jim Craigmyle/Corbis  \|  RM** | |
| **IMAGE URL** | http://www.omghq.com/flash/portfolioNav.swf |
| **PAGE URL** | http://www.omghq.com/portfolioindex.html |

**EXHIBIT A**



**42-17615296  |  © moodboard/Corbis  |  RF**

| IMAGE URL | http://www.omghq.com/flash/portfolioNav.swf |
|---|---|
| PAGE URL | http://www.omghq.com/portfolioindex.html |



# EXHIBIT A



| 42-17623423 | © William Whitehurst/Corbis | RM |
| IMAGE URL | http://www.omghq.com/flash/portfolioNav.swf | |
| PAGE URL | http://www.omghq.com/portfolioindex.html | |

**EXHIBIT A**



| CU943026 | © Richard Cummins/CORBIS | RM | |
|---|---|---|---|
| **IMAGE URL** | http://www.omghq.com/flash/portfolioNav.swf | | |
| **PAGE URL** | http://www.omghq.com/portfolioindex.html | | |



## EXHIBIT A



**CBR002954  |  © Tom Grill/Corbis  |  RF**

| IMAGE URL | http://www.omghq.com/images/clientConsultingButtonOver.jpg |
|-----------|------------------------------------------------------------|
| PAGE URL  | http://www.omghq.com/clients.html |



# EXHIBIT A



42-15244741  |  © P. Winbladh/zefa/Corbis  |  RM

| IMAGE URL | http://www.omghq.com/images/view.jpg |
| PAGE URL | http://www.omghq.com/company.html |

## EXHIBIT A



**42-15244741  |  © P. Winbladh/zefa/Corbis  |  RM**

| IMAGE URL | http://www.omghq.com/previews/presentation/index.swf |
| PAGE URL | http://www.omghq.com/previews/presentation/ |

**EXHIBIT A**



| | |
|---|---|
| IMAGE URL | http://www.omghq.com/previews/presentation/index.swf |
| PAGE URL | http://www.omghq.com/previews/presentation/ |

**EXHIBIT A**



**42-15232974  |  © Estelle Klawitter/zefa/Corbis  |  RM**

| IMAGE URL | http://www.omghq.com/previews/presentation/index.swf |
|-----------|------------------------------------------------------|
| PAGE URL  | http://www.omghq.com/previews/presentation/ |



## EXHIBIT A



| 42-15216041   |   © Anna Peisl/zefa/Corbis   |   RM |
| --- | --- |
| **IMAGE URL** | http://www.omghq.com/previews/presentation/index.swf |
| **PAGE URL** | http://www.omghq.com/previews/presentation/ |

# EXHIBIT A



| IMAGE URL | http://www.omghq.com/previews/presentation/index.swf |
| PAGE URL | http://www.omghq.com/previews/presentation/ |

# EXHIBIT A



**42-15250570  |  © Louis Moses/zefa/Corbis  |  RM**

| IMAGE URL | http://www.omghq.com/previews/presentation/index.swf |
|-----------|------------------------------------------------------|
| PAGE URL  | http://www.omghq.com/previews/presentation/          |

# EXHIBIT A



| | |
|---|---|
| **42-15205579   \|   © Larry Williams/zefa/Corbis   \|   RM** | |
| **IMAGE URL** | http://www.omghq.com/previews/presentation/index.swf |
| **PAGE URL** | http://www.omghq.com/previews/presentation/ |

# EXHIBIT A



| | |
|---|---|
| IMAGE URL | http://www.omghq.com/previews/presentation/index.swf |
| PAGE URL | http://www.omghq.com/previews/presentation/ |

# EXHIBIT A



| | |
|---|---|
| DWF15-700420 | © Sam Sharpe/The Sharpe Image/Corbis | RM |
| **IMAGE URL** | http://www.omghq.com/previews/presentation/index.swf |
| **PAGE URL** | http://www.omghq.com/previews/presentation/ |

**EXHIBIT A**



| 42-15247867  |  © M. Thomsen/zefa/Corbis  |  RM | |
|---|---|
| **IMAGE URL** | http://www.omghq.com/previews/presentation/index.swf |
| **PAGE URL** | http://www.omghq.com/previews/presentation/ |

## EXHIBIT A



**42-15179871   |   © Gabe Palmer/Corbis   |   RM**

| **IMAGE URL** | http://www.omghq.com/audio/images/hp_10.gif |
| **PAGE URL** | http://www.omghq.com/audio/audio.html |

## EXHIBIT A



| 42-15179871   |   © Gabe Palmer/Corbis   |   RM | |
| --- | --- |
| **IMAGE URL** | http://www.omghq.com/audio/images/hp_10.gif |
| **PAGE URL** | http://www.omghq.com/audio/featuresBenefits.html |

## EXHIBIT A



**42-15179871  |  © Gabe Palmer/Corbis  |  RM**

| **IMAGE URL** | http://www.omghq.com/audio/images/hp_10.gif |
| **PAGE URL** | http://www.omghq.com/audio/productionOnly.html |

# EXHIBIT A



| 42-15179871  |  © Gabe Palmer/Corbis  |  RM | |
|---|---|
| **IMAGE URL** | http://www.omghq.com/audio/images/hp_10.gif |
| **PAGE URL** | http://www.omghq.com/audio/new.html |

## EXHIBIT A



42-15179871  |  © Gabe Palmer/Corbis  |  RM

| IMAGE URL | http://www.omghq.com/audio/images/hp_10.gif |
| PAGE URL | http://www.omghq.com/audio/payasyouPlay.html |

# EXHIBIT A



| | |
|---|---|
| **42-15179871  \|  © Gabe Palmer/Corbis  \|  RM** | |
| **IMAGE URL** | http://www.omghq.com/audio/images/hp_10.gif |
| **PAGE URL** | http://www.omghq.com/audio/copy.html |

## EXHIBIT A



**42-15179871   |   © Gabe Palmer/Corbis   |   RM**

| **IMAGE URL** | http://www.omghq.com/audio/images/hp_10.gif |
|---|---|
| **PAGE URL** | http://www.omghq.com/audio/studio.html |

## EXHIBIT A



| 42-15179871 | © Gabe Palmer/Corbis | RM |
|---|---|---|
| **IMAGE URL** | http://www.omghq.com/audio/images/hp_10.gif | |
| **PAGE URL** | http://www.omghq.com/audio/freeonhold.html | |

## EXHIBIT A



42-15179871  |  © Gabe Palmer/Corbis  |  RM

| IMAGE URL | http://www.omghq.com/audio/images/hp_10.gif |
|-----------|---------------------------------------------|
| PAGE URL | http://www.omghq.com/audio/scriptTips.html |

# EXHIBIT A



| | |
|---|---|
| **42-15179871  \|  © Gabe Palmer/Corbis  \|  RM** | |
| **IMAGE URL** | http://www.omghq.com/audio/images/hp_10.gif |
| **PAGE URL** | http://www.omghq.com/audio/voice.html |

## EXHIBIT A



| 42-15179871   |   © Gabe Palmer/Corbis   |   RM | |
|---|---|
| **IMAGE URL** | http://www.omghq.com/audio/images/hp_10.gif |
| **PAGE URL** | http://www.omghq.com/audio/music.html |

## EXHIBIT A



| | |
|---|---|
| **42-15179871   \|   © Gabe Palmer/Corbis   \|   RM** | |
| **IMAGE URL** | http://www.omghq.com/audio/images/hp_10.gif |
| **PAGE URL** | http://www.omghq.com/audio/scriptMatic.html |

## EXHIBIT A



| | |
|---|---|
| **42-15179871  |  © Gabe Palmer/Corbis  |  RM** | |
| **IMAGE URL** | http://www.omghq.com/audio/images/hp_10.gif |
| **PAGE URL** | http://www.omghq.com/audio/subscriptUpdates.html |

## EXHIBIT A



**42-15179871  |  © Gabe Palmer/Corbis  |  RM**

| **IMAGE URL** | http://www.omghq.com/audio/images/hp_10.gif |
|---|---|
| **PAGE URL** | http://www.omghq.com/audio/newClientForm.html |

## EXHIBIT A



| 42-15179871  |  © Gabe Palmer/Corbis  |  RM | |
|---|---|
| **IMAGE URL** | http://www.omghq.com/audio/images/hp_10.gif |
| **PAGE URL** | http://www.omghq.com/audio/webaudioIndex.html |

## EXHIBIT A



**42-15179871  |  © Gabe Palmer/Corbis  |  RM**

| | |
|---|---|
| **IMAGE URL** | http://www.omghq.com/audio/images/hp_10.gif |
| **PAGE URL** | http://www.omghq.com/audio/mainpodcast.html |

## EXHIBIT A



| | |
|---|---|
| **42-15179871   \|   © Gabe Palmer/Corbis   \|   RM** | |
| **IMAGE URL** | http://www.omghq.com/audio/images/hp_10.gif |
| **PAGE URL** | http://www.omghq.com/audio/podcastdirectory.html |

## EXHIBIT A



| **42-15179871   |   © Gabe Palmer/Corbis   |   RM** | |
| --- | --- |
| **IMAGE URL** | http://www.omghq.com/audio/images/hp_10.gif |
| **PAGE URL** | http://www.omghq.com/audio/radioCommercialsIndex.html |

## EXHIBIT A



| 42-15179871  |  © Gabe Palmer/Corbis  |  RM | |
|---|---|
| **IMAGE URL** | http://www.omghq.com/audio/images/hp_10.gif |
| **PAGE URL** | http://www.omghq.com/audio/referrals.html |

## EXHIBIT A



**42-15217586  |  © JLP/Deimos/zefa/Corbis  |  RM (Premium)**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|-----------|---------------------------------------------|
| PAGE URL  | http://www.originalleads.com/ |

**EXHIBIT A**



**42-15217586  |  © JLP/Deimos/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/clients.html |

## EXHIBIT A



| | |
|---|---|
| **42-15217586  \|  © JLP/Deimos/zefa/Corbis  \|  RM (Premium)** | |
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/news.html |

## EXHIBIT A



| | |
|---|---|
| **42-15217586  \|  © JLP/Deimos/zefa/Corbis  \|  RM (Premium)** | |
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/blog.html |

**EXHIBIT A**



| | |
|---|---|
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/podcast.html |

**EXHIBIT A**



| **42-15217586  \|  © JLP/Deimos/zefa/Corbis  \|  RM (Premium)** |
| --- |
| **IMAGE URL**   http://www.originalleads.com/flash_omg.swf |
| **PAGE URL**   http://www.originalleads.com/coolstuff.html |

## EXHIBIT A



**42-15217586  |  © JLP/Deimos/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/accounts.html |

# EXHIBIT A



**42-15217586  |  © JLP/Deimos/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
|---|---|
| **PAGE URL** | http://www.originalleads.com/requestaquote.html |

# EXHIBIT A



**42-15217586  |  © JLP/Deimos/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
|---|---|
| **PAGE URL** | http://www.originalleads.com/aboutus.html |

# EXHIBIT A



| | |
|---|---|
| 42-15217586 | © JLP/Deimos/zefa/Corbis | RM (Premium) | |
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/services.html |

# EXHIBIT A



**42-15217586  |  © JLP/Deimos/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/portfolio.html |

## EXHIBIT A



| | |
|---|---|
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/contact.html |

# EXHIBIT A



**42-15217586 | © JLP/Deimos/zefa/Corbis | RM (Premium)**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| --- | --- |
| **PAGE URL** | http://www.originalleads.com/webdesign.html |

**EXHIBIT A**



| 42-15217586 | © JLP/Deimos/zefa/Corbis | RM (Premium) | | |
| --- | --- | --- | --- | --- |
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/multimedia.html |

## EXHIBIT A



**42-15217586  |  © JLP/Deimos/zefa/Corbis  |  RM (Premium)**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
| PAGE URL | http://www.originalleads.com/design.html |

# EXHIBIT A



| 42-15217586  |  © JLP/Deimos/zefa/Corbis  |  RM (Premium) | |
|---|---|
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/radio.html |

**EXHIBIT A**



| | |
|---|---|
| **42-15217586  |  © JLP/Deimos/zefa/Corbis  |  RM (Premium)** | |
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/video.html |

# EXHIBIT A



| 42-15217586  |  © JLP/Deimos/zefa/Corbis  |  RM (Premium) |
| --- |
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/audio.html |

## EXHIBIT A



**42-15217586  |  © JLP/Deimos/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
|---|---|
| **PAGE URL** | http://www.originalleads.com/seo.html |

## EXHIBIT A



42-15217586 | © JLP/Deimos/zefa/Corbis | RM (Premium)

| IMAGE URL | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
|---|---|
| PAGE URL | http://support.originalmarketinggroup.com/iSupport/index.php |

**EXHIBIT A**



| | |
|---|---|
| 42-15217586  |  © JLP/Deimos/zefa/Corbis  |  RM (Premium) | |
| **IMAGE URL** | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
| **PAGE URL** | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=knowledgebase_browse.php |

## EXHIBIT A



| IMAGE URL | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
|-----------|--------|
| PAGE URL | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=ticket_submit.php |

## EXHIBIT A



42-15217586 | © JLP/Deimos/zefa/Corbis | RM (Premium)

| IMAGE URL | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
|-----------|----------------------------------------------------------------------------------|
| PAGE URL | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=ticket_view.php |

# EXHIBIT A



| IMAGE URL | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
|-----------|-------------------------------------------------------------------------------|
| PAGE URL  | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=faq_list.php |

42-15217586 | © JLP/Deimos/zefa/Corbis | RM (Premium)

**EXHIBIT A**



| 42-15217586 | © JLP/Deimos/zefa/Corbis | RM (Premium) | | |
|---|---|---|---|---|
| **IMAGE URL** | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf | | | |
| **PAGE URL** | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=testimonials _browse.php | | | |

## EXHIBIT A



| IMAGE URL | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
| PAGE URL | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=account_register.php |

**EXHIBIT A**



| | |
|---|---|
| **IMAGE URL** | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
| **PAGE URL** | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=testimonials_leave.php |

42-15217586  |  © JLP/Deimos/zefa/Corbis  |  RM (Premium)

# EXHIBIT A



**42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|-----------|--------------------------------------------|
| PAGE URL  | http://www.originalleads.com/ |



## EXHIBIT A



**42-15222922 | © Ausloeser/zefa/Corbis | RM (Premium)**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
|---|---|
| **PAGE URL** | http://www.originalleads.com/clients.html |



# EXHIBIT A



**42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
|---|---|
| **PAGE URL** | http://www.originalleads.com/news.html |



# EXHIBIT A



**42-15222922 | © Ausloeser/zefa/Corbis | RM (Premium)**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
|---|---|
| **PAGE URL** | http://www.originalleads.com/blog.html |



**EXHIBIT A**



| 42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium) | |
| --- | --- |
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/podcast.html |



# EXHIBIT A



**42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/coolstuff.html |



# EXHIBIT A



**42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|---|---|
| PAGE URL | http://www.originalleads.com/accounts.html |

# EXHIBIT A



**42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
| PAGE URL | http://www.originalleads.com/requestaquote.html |

# EXHIBIT A



**42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
|---|---|
| **PAGE URL** | http://www.originalleads.com/aboutus.html |



# EXHIBIT A



**42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
|---|---|
| **PAGE URL** | http://www.originalleads.com/services.html |



**EXHIBIT A**



42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|-----------|---------------------------------------------|
| PAGE URL  | http://www.originalleads.com/portfolio.html |



# EXHIBIT A



**42-15222922 | © Ausloeser/zefa/Corbis | RM (Premium)**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|-----------|---------------------------------------------|
| PAGE URL | http://www.originalleads.com/contact.html |



# EXHIBIT A



**42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
|---|---|
| **PAGE URL** | http://www.originalleads.com/webdesign.html |



# EXHIBIT A



**42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
|---|---|
| **PAGE URL** | http://www.originalleads.com/multimedia.html |



# EXHIBIT A



**42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
|---|---|
| **PAGE URL** | http://www.originalleads.com/design.html |



# EXHIBIT A



**42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
|---|---|
| **PAGE URL** | http://www.originalleads.com/radio.html |



# EXHIBIT A



**42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
|---|---|
| **PAGE URL** | http://www.originalleads.com/video.html |



# EXHIBIT A



**42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
|---|---|
| **PAGE URL** | http://www.originalleads.com/audio.html |



# EXHIBIT A



**42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/seo.html |



## EXHIBIT A



42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)

| IMAGE URL | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
|-----------|--------------------------------------------------------------------------------|
| PAGE URL  | http://support.originalmarketinggroup.com/iSupport/index.php |



**EXHIBIT A**



| 42-15222922 | © Ausloeser/zefa/Corbis | RM (Premium) | |
|---|---|---|---|
| **IMAGE URL** | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf | | |
| **PAGE URL** | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=knowledgebase_browse.php | | |

# EXHIBIT A



| | |
|---|---|
| | 42-15222922  \|  © Ausloeser/zefa/Corbis  \|  RM (Premium) |
| **IMAGE URL** | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
| **PAGE URL** | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=ticket_submit.php |

## EXHIBIT A



42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)

| IMAGE URL | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
|---|---|
| PAGE URL | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=ticket_view.php |



# EXHIBIT A



**42-15222922  |  © Ausloeser/zefa/Corbis  |  RM (Premium)**

| **IMAGE URL** | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
| **PAGE URL** | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=faq_list.php |



# EXHIBIT A



| 42-15222922 | © Ausloeser/zefa/Corbis | RM (Premium) | | |
|---|---|---|---|---|
| **IMAGE URL** | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf ||||
| **PAGE URL** | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=testimonials_browse.php ||||

# EXHIBIT A



| | |
|---|---|
| **IMAGE URL** | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
| **PAGE URL** | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=account_register.php |

# EXHIBIT A



| | |
|---|---|
| **IMAGE URL** | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
| **PAGE URL** | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=testimonials_leave.php |

# EXHIBIT A



**EV204-051  |  © Image Source/Corbis  |  RF**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|---|---|
| PAGE URL | http://www.originalleads.com/ |

## EXHIBIT A



**EV204-051  |  © Image Source/Corbis  |  RF**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|---|---|
| PAGE URL | http://www.originalleads.com/clients.html |



## EXHIBIT A



**EV204-051  |  © Image Source/Corbis  |  RF**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|-----------|--------------------------------------------|
| PAGE URL  | http://www.originalleads.com/news.html |



## EXHIBIT A



**EV204-051  |  © Image Source/Corbis  |  RF**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|-----------|---------------------------------------------|
| PAGE URL | http://www.originalleads.com/blog.html |



## EXHIBIT A



**EV204-051  |  © Image Source/Corbis  |  RF**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|---|---|
| PAGE URL | http://www.originalleads.com/podcast.html |

**EXHIBIT A**



**EV204-051  |  © Image Source/Corbis  |  RF**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|-----------|--------------------------------------------|
| PAGE URL  | http://www.originalleads.com/coolstuff.html |



**EXHIBIT A**



**EV204-051  |  © Image Source/Corbis  |  RF**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
|---|---|
| **PAGE URL** | http://www.originalleads.com/accounts.html |

# EXHIBIT A



**EV204-051  |  © Image Source/Corbis  |  RF**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|-----------|---------------------------------------------|
| PAGE URL  | http://www.originalleads.com/requestaquote.html |

## EXHIBIT A



**EV204-051  |  © Image Source/Corbis  |  RF**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|---|---|
| PAGE URL | http://www.originalleads.com/aboutus.html |



# EXHIBIT A



**EV204-051  |  © Image Source/Corbis  |  RF**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|---|---|
| PAGE URL | http://www.originalleads.com/services.html |

# EXHIBIT A



**EV204-051   |   © Image Source/Corbis   |   RF**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|-----------|---------------------------------------------|
| PAGE URL  | http://www.originalleads.com/portfolio.html |

## EXHIBIT A



**EV204-051  |  © Image Source/Corbis  |  RF**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|---|---|
| PAGE URL | http://www.originalleads.com/contact.html |

## EXHIBIT A



**EV204-051  |  © Image Source/Corbis  |  RF**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|-----------|--------------------------------------------|
| PAGE URL | http://www.originalleads.com/webdesign.html |



## EXHIBIT A



**EV204-051  |  © Image Source/Corbis  |  RF**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|-----------|---------------------------------------------|
| PAGE URL  | http://www.originalleads.com/multimedia.html |

# EXHIBIT A



**EV204-051  |  © Image Source/Corbis  |  RF**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|-----------|---------------------------------------------|
| PAGE URL  | http://www.originalleads.com/design.html |

# EXHIBIT A



**EV204-051  |  © Image Source/Corbis  |  RF**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|---|---|
| PAGE URL | http://www.originalleads.com/radio.html |

**EXHIBIT A**



**EV204-051  |  © Image Source/Corbis  |  RF**

| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
|---|---|
| **PAGE URL** | http://www.originalleads.com/video.html |



**EXHIBIT A**



**EV204-051  |  © Image Source/Corbis  |  RF**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
| PAGE URL | http://www.originalleads.com/audio.html |

**EXHIBIT A**



**EV204-051  |  © Image Source/Corbis  |  RF**

| | |
|---|---|
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/seo.html |



## EXHIBIT A



**EV204-051  |  © Image Source/Corbis  |  RF**

| IMAGE URL | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
|---|---|
| PAGE URL | http://support.originalmarketinggroup.com/iSupport/index.php |

# EXHIBIT A



**EV204-051  |  © Image Source/Corbis  |  RF**

| IMAGE URL | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
|---|---|
| PAGE URL | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=knowledgebase_browse.php |

**EXHIBIT A**



**EV204-051  |  © Image Source/Corbis  |  RF**

| IMAGE URL | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
|-----------|--------------------------------------------------------------------------------|
| PAGE URL | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=ticket_submit.php |

## EXHIBIT A



**EV204-051   |   © Image Source/Corbis   |   RF**

| **IMAGE URL** | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
|---|---|
| **PAGE URL** | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=ticket_view.php |



## EXHIBIT A



**EV204-051  |  © Image Source/Corbis  |  RF**

| IMAGE URL | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
|---|---|
| PAGE URL | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=faq_list.php |

# EXHIBIT A



**EV204-051   |   © Image Source/Corbis   |   RF**

| IMAGE URL | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
|---|---|
| PAGE URL | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=testimonials_browse.php |

## EXHIBIT A



EV204-051  |  © Image Source/Corbis  |  RF

| IMAGE URL | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
|-----------|--------------------------------------------------------------------------------|
| PAGE URL  | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=account_register.php |

**EXHIBIT A**



**EV204-051  |  © Image Source/Corbis  |  RF**

| IMAGE URL | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
|-----------|-------------------------------------------------------------------------------------|
| PAGE URL | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=testimonials_leave.php |

**EXHIBIT A**



| | |
|---|---|
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/ |

## EXHIBIT A



**42-15231012  |  © A. Inden/zefa/Corbis  |  RM**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|-----------|--------------------------------------------|
| PAGE URL  | http://www.originalleads.com/clients.html  |

## EXHIBIT A



| | |
|---|---|
| **42-15231012  |  © A. Inden/zefa/Corbis  |  RM** | |
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/news.html |

# EXHIBIT A



**42-15231012  |  © A. Inden/zefa/Corbis  |  RM**

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|-----------|---------------------------------------------|
| PAGE URL | http://www.originalleads.com/blog.html |

**EXHIBIT A**



| 42-15231012 | © A. Inden/zefa/Corbis | RM |
|---|---|---|
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf | |
| **PAGE URL** | http://www.originalleads.com/podcast.html | |

**EXHIBIT A**



| 42-15231012   |   © A. Inden/zefa/Corbis   |   RM | |
|---|---|
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/coolstuff.html |

**EXHIBIT A**



| | |
|---|---|
| **42-15231012  \|  © A. Inden/zefa/Corbis  \|  RM** | |
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/accounts.html |

# EXHIBIT A



| | |
|---|---|
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/requestaquote.html |

## EXHIBIT A



| 42-15231012 | © A. Inden/zefa/Corbis | RM |
|---|---|---|
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf | |
| **PAGE URL** | http://www.originalleads.com/aboutus.html | |

## EXHIBIT A



| 42-15231012 | © A. Inden/zefa/Corbis | RM |
| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
| PAGE URL | http://www.originalleads.com/services.html |

**EXHIBIT A**



| 42-15231012  |  © A. Inden/zefa/Corbis  |  RM | |
|---|---|
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/portfolio.html |

**EXHIBIT A**



42-15231012 | © A. Inden/zefa/Corbis | RM

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|-----------|--------------------------------------------|
| PAGE URL | http://www.originalleads.com/contact.html |

## EXHIBIT A



42-15231012  |  © A. Inden/zefa/Corbis  |  RM

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
|-----------|---------------------------------------------|
| PAGE URL  | http://www.originalleads.com/webdesign.html |

## EXHIBIT A



42-15231012  |  © A. Inden/zefa/Corbis  |  RM

| IMAGE URL | http://www.originalleads.com/flash_omg.swf |
| PAGE URL | http://www.originalleads.com/multimedia.html |

**EXHIBIT A**



| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
|---|---|
| **PAGE URL** | http://www.originalleads.com/design.html |

**EXHIBIT A**



| | |
|---|---|
| **42-15231012  \|  © A. Inden/zefa/Corbis  \|  RM** | |
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/radio.html |

**EXHIBIT A**



| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/video.html |

## EXHIBIT A



| 42-15231012   |   © A. Inden/zefa/Corbis   |   RM | |
|---|---|
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/audio.html |

## EXHIBIT A



| | |
|---|---|
| **42-15231012  \|  © A. Inden/zefa/Corbis  \|  RM** | |
| **IMAGE URL** | http://www.originalleads.com/flash_omg.swf |
| **PAGE URL** | http://www.originalleads.com/seo.html |

## EXHIBIT A



| IMAGE URL | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
| PAGE URL | http://support.originalmarketinggroup.com/iSupport/index.php |

# EXHIBIT A



42-15231012  |  © A. Inden/zefa/Corbis  |  RM

| IMAGE URL | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
| PAGE URL | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=knowledgebase_browse.php |

## EXHIBIT A



**42-15231012  |  © A. Inden/zefa/Corbis  |  RM**

| IMAGE URL | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
|---|---|
| PAGE URL | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=ticket_submit.php |

**EXHIBIT A**



| | |
|---|---|
| **IMAGE URL** | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
| **PAGE URL** | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=ticket_view.php |

**EXHIBIT A**



| 42-15231012  |  © A. Inden/zefa/Corbis  |  RM | |
|---|---|
| **IMAGE URL** | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
| **PAGE URL** | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=faq_list.php |

**EXHIBIT A**



| 42-15231012 | © A. Inden/zefa/Corbis | RM | |
|---|---|---|---|
| **IMAGE URL** | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf | | |
| **PAGE URL** | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=testimonials_browse.php | | |

## EXHIBIT A



| **IMAGE URL** | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
| **PAGE URL** | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=account_register.php |

## EXHIBIT A



| IMAGE URL | http://support.originalmarketinggroup.com/iSupport/templates/omg/flash_omg.swf |
| PAGE URL | http://support.originalmarketinggroup.com/iSupport/index.php?include_file=testimonials_leave.php |

## EXHIBIT A



42-15877536  |  © Emma Rian/zefa/Corbis  |  RM (Premium)

| IMAGE URL | http://www.originalleads.com/images/seoquestions2.jpg |
| PAGE URL | http://www.originalleads.com/services.html |

## EXHIBIT A



**42-15290750   |   © LWA-Dann Tardif/Corbis   |   RM**

| **IMAGE URL** | http://www.originalleads.com/images/seoquestions.jpg |
|---|---|
| **PAGE URL** | http://www.originalleads.com/aboutus.html |



## EXHIBIT A



**RF250840  |  © Royalty-Free/Corbis  |  RF**

| IMAGE URL | http://www.originalleads.com/images/womenonhold.jpg |
|-----------|-----------------------------------------------------|
| PAGE URL  | http://www.originalleads.com/audio.html             |



# EXHIBIT A



**42-15179871   |   © Gabe Palmer/Corbis   |   RM**

| IMAGE URL | http://www.payasyouplay.com/images/hp_10.gif |
|-----------|----------------------------------------------|
| PAGE URL  | http://www.payasyouplay.com/about.html |



**EXHIBIT A**



| 42-15179871  |  © Gabe Palmer/Corbis  |  RM | |
|---|---|
| **IMAGE URL** | http://www.payasyouplay.com/images/hp_10.gif |
| **PAGE URL** | http://www.payasyouplay.com/contact.html |

# EXHIBIT A



| **42-15179871  \|  © Gabe Palmer/Corbis  \|  RM** | |
|---|---|
| **IMAGE URL** | http://www.payasyouplay.com/images/hp_10.gif |
| **PAGE URL** | http://www.payasyouplay.com/benefits.html |

## EXHIBIT A



**42-15179871  |  © Gabe Palmer/Corbis  |  RM**

| IMAGE URL | http://www.payasyouplay.com/images/hp_10.gif |
|-----------|-----------------------------------------------|
| PAGE URL | http://www.payasyouplay.com/math.html |



## EXHIBIT A



**42-15179871  |  © Gabe Palmer/Corbis  |  RM**

| **IMAGE URL** | http://www.payasyouplay.com/images/hp_10.gif |
|---------------|-----------------------------------------------|
| **PAGE URL**  | http://www.payasyouplay.com/statistics.html |



## EXHIBIT A



| 42-15179871  |  © Gabe Palmer/Corbis  |  RM | |
| **IMAGE URL** | http://www.payasyouplay.com/images/hp_10.gif |
| **PAGE URL** | http://www.payasyouplay.com/facts.html |

## EXHIBIT A



**42-15179871   |   © Gabe Palmer/Corbis   |   RM**

| IMAGE URL | http://www.payasyouplay.com/images/hp_10.gif |
| --- | --- |
| PAGE URL | http://www.payasyouplay.com/sitemap.html |

# EXHIBIT A



| IMAGE URL | http://www.payasyouplay.com/images/radio.jpg |
| PAGE URL | http://www.payasyouplay.com/facts.html |

# EXHIBIT A



**42-15434625   |   © Condé Nast Archive/Corbis   |   RM**

| **IMAGE URL** | http://www.payasyouplay.com/images/radio.jpg |
|---|---|
| **PAGE URL** | http://www.payasyouplay.com/facts.html |

## EXHIBIT A



42-15179871  |  © Gabe Palmer/Corbis  |  RM

| IMAGE URL | http://www.omghq.com/audio/images/hp_10.gif |
| PAGE URL | http://www.sothebysonhold.com/ |

## EXHIBIT A



42-15179871  |  © Gabe Palmer/Corbis  |  RM

**PAGE URL**      http://atraonhold.com



## EXHIBIT A



42-15179871  |  © Gabe Palmer/Corbis  |  RM

| PAGE URL | http://atraonhold.com/testimonials.html |
| --- | --- |



# EXHIBIT A



**737-O-074-AD9060  |  ©LWA-Dann Tardif/CORBIS  |  RM**

| **PAGE URL** | http://atraonhold.com/testimonials.html |



# EXHIBIT A



42-16540131  |  © Sean Justice/Corbis  |  RF

| PAGE URL | http://atraonhold.com |
|----------|------------------------|



**EXHIBIT A**



42-15179871  |  © Gabe Palmer/Corbis  |  RM

| IMAGE URL | http://chemdryonhold.com/images/hp.jpg |
|---|---|
| PAGE URL | http://chemdryonhold.com/ |

**EXHIBIT A**



| 42-15179871 | © Gabe Palmer/Corbis | RM | | |
|---|---|---|---|---|
| **IMAGE URL** | http://chemdryonhold.com/images/hp.jpg |
| **PAGE URL** | http://chemdryonhold.com/contact.html |

## EXHIBIT A



## EXHIBIT A



| IMAGE URL | http://chemdryonhold.com/images/hp.jpg |
|-----------|----------------------------------------|
| PAGE URL | http://chemdryonhold.com/packages.html |

# EXHIBIT A



**42-15179871  |  © Gabe Palmer/Corbis  |  RM**

| IMAGE URL | http://chemdryonhold.com/images/hp.jpg |
| PAGE URL | http://chemdryonhold.com/samples.html |

**EXHIBIT A**



| | |
|---|---|
| 42-15179871  \|  © Gabe Palmer/Corbis  \|  RM | |
| **IMAGE URL** | http://chemdryonhold.com/images/hp.jpg |
| **PAGE URL** | http://chemdryonhold.com/support.html |

**EXHIBIT A**



| IMAGE URL | http://chemdryonhold.com/images/hp.jpg |
| PAGE URL | http://chemdryonhold.com/testimonials.html |

## EXHIBIT A



42-15179871  |  © Gabe Palmer/Corbis  |  RM

| **IMAGE URL** | http://chemdryonhold.com/images/hp.jpg |
|---|---|
| **PAGE URL** | http://chemdryonhold.com/benefits.html |

# EXHIBIT A



| IMAGE URL | http://chemdryonhold.com/images/jd.gif |
| PAGE URL | http://chemdryonhold.com/ |

**EXHIBIT A**



42-16874253  |  © George B. Diebold/Corbis  |  RM

| IMAGE URL | http://chemdryonhold.com/head2.swf |
| PAGE URL | http://chemdryonhold.com/ |

# EXHIBIT A



**737-O-074-AD9060  |  ©LWA-Dann Tardif/CORBIS  |  RM**

| IMAGE URL | http://chemdryonhold.com/images/brmain_06.jpg |
|-----------|-----------------------------------------------|
| PAGE URL  | http://chemdryonhold.com/testimonials.html    |

# EXHIBIT A



| | |
|---|---|
| **IMAGE URL** | http://chemdryonhold.com/head2.swf |
| **PAGE URL** | http://chemdryonhold.com/ |

**EXHIBIT A**



| | |
|---|---|
| **IMAGE URL** | http://chemdryonhold.com/images/brmain_03.jpg |
| **PAGE URL** | http://chemdryonhold.com/benefits.html |

**EXHIBIT A**



# EXHIBIT A



42-16540131  |  © Sean Justice/Corbis  |  RF

| IMAGE URL | http://chemdryonhold.com/head2.swf |
|-----------|-------------------------------------|
| PAGE URL  | http://chemdryonhold.com/ |



# EXHIBIT A



42-17252916 | © Tim Pannell/Corbis | RF

| IMAGE URL | http://chemdryonhold.com/head2.swf |
|-----------|-------------------------------------|
| PAGE URL  | http://chemdryonhold.com/           |



# EXHIBIT A



| IMAGE URL | http://chemdryonhold.com/images/packages.jpg |
| PAGE URL | http://chemdryonhold.com/packages.html |

**EXHIBIT A**



CB067375  |  © Tom Grill/Corbis  |  RF

| IMAGE URL | http://chemdryonhold.com/images/CB067375.jpg |
|-----------|----------------------------------------------|
| PAGE URL  | http://chemdryonhold.com/packages.html |

## EXHIBIT A



CB067381  |  © Tom Grill/Corbis  |  RF

| IMAGE URL | http://chemdryonhold.com/images/phonecord.jpg |
|-----------|-----------------------------------------------|
| PAGE URL  | http://chemdryonhold.com/samples.html |



**EXHIBIT A**



| | |
|---|---|
| **IMAGE URL** | http://chemdryonhold.com/images/buy.jpg |
| **PAGE URL** | http://chemdryonhold.com/ |

# EXHIBIT A



42-16874253  |  © George B. Diebold/Corbis  |  RM

| IMAGE URL | http://medicineshoppeonhold.com/head2.swf |
|---|---|
| PAGE URL | http://medicineshoppeonhold.com/ |

## EXHIBIT A



| | |
|---|---|
| **IMAGE URL** | http://medicineshoppeonhold.com/head2.swf |
| **PAGE URL** | http://medicineshoppeonhold.com/ |

# EXHIBIT A



42-16540131  |  © Sean Justice/Corbis  |  RF

| IMAGE URL | http://medicineshoppeonhold.com/head2.swf |
|-----------|-------------------------------------------|
| PAGE URL  | http://medicineshoppeonhold.com/ |



**EXHIBIT A**



42-17252916  |  © Tim Pannell/Corbis  |  RF

| IMAGE URL | http://medicineshoppeonhold.com/head2.swf |
|---|---|
| PAGE URL | http://medicineshoppeonhold.com/ |



## EXHIBIT A



CB025501  |  © Lawrence Manning/Corbis  |  RF

| | |
|---|---|
| **IMAGE URL** | http://medicineshoppeonhold.com/images/packages.jpg |
| **PAGE URL** | http://medicineshoppeonhold.com/packages.html |

# EXHIBIT A



| | |
|---|---|
| **IMAGE URL** | http://medicineshoppeonhold.com/images/buy.jpg |
| **PAGE URL** | http://medicineshoppeonhold.com/ |

| IMAGEID | STATUS | COPYRIGHT DATE | CERTIFICATE |
|---|---|---|---|
| 42-15217586 | Registered | 6/20/2005 | **VA 1-314-144** |
| 42-15222922 | Registered | 6/20/2005 | **VA 1-314-144** |
| 42-15290750 | Registered | 6/24/2005 | **VA 1-314-174** |
| 42-15877536 | Registered | 12/20/2005 | **VA 1-338-770** |
| RF250840 | Registered | 2/25/2005 | **VA 1-325-075** |
| 42-17719827 | Registered | 4/16/2007 | **VA 1-154-033** |
| 42-15263882 | Registered | 6/24/2005 | **VA 1-314-174** |
| 42-16670149 | Registered | 8/16/2006 | **VA 1-369-209** |
| 42-17516873 | Registered | 3/16/2007 | **VA 1-407-325** |
| 42-16670311 | Registered | 8/16/2006 | **VA 1-369-209** |
| 42-17615296 | Registered | 4/16/2007 | **VA 1-408-166** |
| 42-17623423 | Registered | 3/16/2007 | **VA 1-407-325** |
| CU943026 | Registered | 8/15/2002 | **VA 1-154-033** |
| CBR002954 | Registered | 4/5/2005 | **VA 1-303-398** |
| 42-15244741 | Registered | 6/24/2005 | **VA 1-314-174** |
| 42-15209376 | Registered | 6/20/2005 | **VA 1-314-144** |
| 42-15232974 | Registered | 6/20/2005 | **VA 1-314-144** |
| 42-15216041 | Registered | 6/20/2005 | **VA 1-314-144** |
| 42-15256329 | Registered | 6/24/2005 | **VA 1-314-174** |
| 42-15250570 | Registered | 6/24/2005 | **VA 1-314-174** |
| 42-15205579 | Registered | 6/20/2005 | **VA 1-314-144** |
| 42-15299696 | Registered | 6/24/2005 | **VA 1-314-174** |
| DWF15-700420 | Registered | 6/30/2004 | **VA 1-262-647** |
| 42-15247867 | Registered | 6/24/2005 | **VA 1-314-174** |
| 42-15179871 | Registered | 6/20/2005 | **VA 1-314-144** |
| 42-15256998 | Registered | 6/24/2005 | **VA 1-314-174** |
| 42-15434625 | Registered | 10/25/2005 | **VA 1-338-772** |
| 42-15231012 | Registered | 6/20/2005 | **VA 1-314-144** |
| EV204-051 | Registered | 3/3/2004 | **VA 1-233-169** |
| 42-15211004 | Registered | 6/20/2005 | **VA 1-314-144** |
| 42-16874253 | Registered | 8/29/2006 | **VA 1-378-558** |
| 737-O-074-AD9060 | Registered | 12/3/2002 | **VA 1-181-996** |
| AX075046 | Registered | 4/1/2003 | **VA 1-194-719** |
| AX077792 | Registered | 11/17/2003 | **VA 1-221-417** |

| 42-16540131 | Registered | 5/4/2006 | **VA 1-349-183** |
|---|---|---|---|
| 42-17252916 | Registered | 10/16/2006 | **VA 1-398-146** |
| CB025501 | Registered | 6/5/2000 | **VA 1-021-388** |
| CB067375 | Registered | 12/3/2002 | **VA 1-181-996** |
| CB067381 | Registered | 12/3/2002 | **VA 1-181-996** |
| 42-15293983 | Registered | 6/24/2005 | **VA 1-314-174** |