1  BROOKE OLIVER (SBN 172828)
   LINDA JOY KATTWINKEL (SBN 164283)
2  OLIVER, KATTWINKEL & SABEC P.C.
   50 Balmy Alley
3  San Francisco, CA 94110
   Telephone: (415) 641-1116
4  Facsimile: (415) 695-1116
   Email:     brooke@okslaw.com
5              ljk@okslaw.com

6  Attorneys for Plaintiff
   CORBIS CORPORATION
7
   TODD A. ROBERTS (SBN 129722)
8  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
9  Redwood City, CA 94063
   Telephone:   (650) 364-8200
10 Facsimile:   (650) 780-1701
   Email: troberts@rmkb.com
11
   Attorneys for Defendants
12 ORIGNAL MARKETING GROUP, INC.,
   NATIONAL TELEPHONE MESSAGE CORP.,
13 INC., and OMG NATIONAL, INC.

*E-FILED - 7/10/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIS CORPORATION, a Nevada corporation,,<br><br>Plaintiff,<br><br>v.<br><br>ORIGNAL MARKETING GROUP, INC., a Florida corporation; NATIONAL TELEPHONE MESSAGE CORP., INC., a Florida corporation; OMG NATIONAL, INC., a Florida corporation; and DOES 1 THROUGH 10, inclusive,<br><br>Defendant. | CASE NO. CV 08 2033 RMW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** |

It is hereby stipulated by and between plaintiff CORBIS CORPORATION and defendants ORIGINAL MARKETING GROUP, INC., NATIONAL TELEPHONE MESSAGE CORP., INC., and OMG NATIONAL, INC. (collectively "defendants"), through their respective

RC1/5140646.1/JAW

STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO FIRST AMENDED
COMPLAINT CASE NO. CV 08 2033 RMW (HRL)

1  attorneys of record, that defendants shall have up to and including July 14, 2008 to file a response
2  to plaintiff's First Amended Complaint.
3      It is further stipulated by and between the parties that the Initial Case Management
4  Conference, currently scheduled for August 22, 2008, shall be continued until September 12,
5  2008, or as soon thereafter as may be heard by the Court, due to a preexisting conflict in plaintiff
6  counsel's calendar.
7      As set forth in the Order Setting Initial Case Management Conference and ADR
8  Deadlines, if the Initial Case Management Conference is continued, the following deadlines are
9  continued accordingly:
10     1.    August 22, 2008:  Last day to meet and confer regarding initial disclosures, early
11 settlement, ADR process selection, and discovery plan;
12     2.    August 22, 2008:  Last day to file Joint ADR Certification with Stipulation to
13 ADR Process or Notice of Need for ADR Phone Conference; and
14     3.    September 5, 2008:  Last day to file rule 26(f) Report, complete initial disclosures
15 or state objection in Rule 26(f) Report and file Case Management Conference Statement.

**IT IS SO STIPULATED.**

Dated: June 2̶4̶, 2008           OLIVER, KATTWINKEL & SABEC P.C.

By   /s/
BROOKE OLIVER
LINDA JOY KATTWINKEL
Attorneys for Plaintiff
CORBIS CORPORATION

Dated: June 25, 2008           ROPERS, MAJESKI, KOHN & BENTLEY

By:   /s/
TODD A. ROBERTS
Attorneys for Defendants
ORIGNAL MARKETING GROUP, INC.,
NATIONAL TELEPHONE MARKETING
CORP., INC., and OMG NATIONAL,
INC.

## ORDER

**IT IS SO ORDERED.** Defendants' time to answer or otherwise respond to plaintiff's First Amended Complaint shall be extended through and including July 14, 2008.

It is further ordered that the Initial Case Management Conference is hereby continued from August 22, 2008 until September 12, 2008 at 10:30 a.m. The additional deadlines are also continued as follows:

1. August 22, 2008: Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan;

2. August 22, 2008: Last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference; and

3. September 5, 2008: Last day to file rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Conference Statement.

DATED: ~~June~~ July 10, 2008

By _Ronald M. Whyte_
United States District Court Judge