TODD A. ROBERTS (SBN 129722)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
Email: troberts@rmkb.com

Attorneys for Defendants
ORIGNAL MARKETING GROUP, INC.,
NATIONAL TELEPHONE MESSAGE CORP.,
INC., and OMG NATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIS CORPORATION, a Nevada corporation,,<br><br>Plaintiff,<br><br>v.<br><br>ORIGNAL MARKETING GROUP, INC., a Florida corporation; NATIONAL TELEPHONE MESSAGE CORP., INC., a Florida corporation; OMG NATIONAL, INC., a Florida corporation; and DOES 1 THROUGH 10, inclusive,<br><br>Defendant. | CASE NO. CV 08 2033 RMW (HRL)<br><br>**DEFENDANT ORIGINAL MARKETING GROUP, INC.'S ANSWER TO FIRST AMENDED COMPLAINT** |

Defendant ORIGINAL MARKETING GROUP, INC. ("OMG") in answer to the First Amended Complaint on file herein, hereby admits, denies and alleges as follows:

1. OMG admits the allegations contained in paragraphs 2, 5, and 8.

2. OMG denies the allegations contained in paragraphs 1, 3, 10, 11, 16, 17, 18, 19, 20, 21, 24, 25, 26, 27, 28, 31, 32, 33, 34 and 35.

3. OMG admits on information and belief the allegations contained in paragraphs 6, 14 and 15.

4. Answering the allegations contained in paragraphs 4, 13, 23, and 30, OMG lacks information sufficient to admit or deny said allegations and on that basis denies each and every

allegation at the present time.

5. Answering the allegations contained in paragraphs 22 and 29, OMG reincorporates by reference its prior admissions and denials as though fully set forth herein.

6. Answering the allegations contained in paragraph 7, OMG admits that it was a Florida corporation with its principal place of business at 3601 W. Commercial Blvd., Ste. 39, Fort Lauderdale, FL 33309-3321. At this time, OMG is no longer an active corporation. As to the remaining allegations contained in paragraph 7, OMG lacks information sufficient to admit or deny said allegations and on that basis denies each and every allegation at the present time.

7. Answering the allegations contained in paragraph 9, OMG admits on information and belief that defendant OMG National, Inc. is a Florida corporation with its principal place of business at 10120 W. Oakland Park Blvd., Sunrise, FL 33351. As to the remaining allegations contained in paragraph 9, OMG denies each and every allegation contained therein.

8. Paragraph 12 does not appear to contain any allegations against OMG. To the extent paragraph 12 contains any such allegations regarding OMG's liability to plaintiff in this matter, OMG denies each and every allegation contained therein.

AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that said complaint fails to state facts sufficient to constitute a cause of action against this answering defendant.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that the plaintiff, subsequent to the occurrences described in said complaint, failed to properly mitigate its damages and thereby is precluded from recovering those damages which plaintiff could have reasonably avoided.

AS A THIRD SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that plaintiff has waived

RCI/5149554.1/JAW

- 2 -

DEFENDANT ORIGINAL MARKETING GROUP'S ANSWER TO COMPLAINT
CASE NO. CV 08 2033 RMW (HRL)

and/or is estopped from asserting any claim against this answering defendant by its own acts and omissions with respect to the events and occurrences cited in said complaint, and its failure to adequately protect its own interests.

AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that the incidents were caused by the negligence and/or fault of other persons, corporations and entities, including plaintiff and non-parties to this action, whether named or not named, and that this answering defendant's liability, if any, should be reduced accordingly.

AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that plaintiff is barred and estopped from bringing its claims by the equitable doctrine of unclean hands.

AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that plaintiff lacks standing to pursue the claims asserted in said complaint by or on behalf of the copyright holder.

AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that plaintiff's some or all of plaintiff's causes of action fail because some or all of the photographs claimed to have been misappropriated are part of the public domain.

AS AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that said complaint is barred by the doctrine of laches.

AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF

ACTION CONTAINED THEREIN, this answering defendant alleges that some or all of plaintiff's causes of action in said complaint are barred by the applicable statute of limitations.

AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that said complaint is barred by the doctrine of estoppel.

AS AN ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that some or all of plaintiff's causes of action fail because some or all of the photographs in question do not constitute original works of art that enjoy protection under the copyright laws.

AS A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that some or all of the photographs in question are not registered or properly registered under the Copyright Act.

AS A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that the use of the photographs was done with an innocent intent and without any belief that any acts constituted an infringement of copyright.

**WHEREFORE**, OMG prays for judgment as follows:

1. That plaintiff take nothing by its First Amended Complaint;
2. For costs of suit incurred herein;
3. For reasonable attorneys' fees; and
4. For such other and further relief as the Court deems proper.

| | |
|---|---|
| Dated: July 14, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY<br><br>By:  /s/<br>TODD A. ROBERTS<br>Attorneys for Defendants<br>ORIGNAL MARKETING GROUP, INC.,<br>NATIONAL TELEPHONE MARKETING<br>CORP., INC., and OMG NATIONAL,<br>INC. |