1  TODD A. ROBERTS (SBN 129722)
   ROPERS, MAJESKI, KOHN & BENTLEY
2  1001 Marshall Street, Suite 300
   Redwood City, CA 94063
3  Telephone:  (650) 364-8200
   Facsimile:   (650) 780-1701
4  Email: troberts@rmkb.com

5  Attorneys for Defendants
   ORIGNAL MARKETING GROUP, INC.,
6  NATIONAL TELEPHONE MESSAGE CORP.,
   INC., and OMG NATIONAL, INC.

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 CORBIS CORPORATION, a Nevada        CASE NO. CV 08 2033 RMW (HRL)
   corporation,,
12                                      **DEFENDANT OMG NATIONAL, INC.'S
                Plaintiff,              ANSWER TO FIRST AMENDED
13                                      COMPLAINT**
   v.
14
   ORIGNAL MARKETING GROUP, INC.,
15 a Florida corporation; NATIONAL
   TELEPHONE MESSAGE CORP., INC., a
16 Florida corporation; OMG NATIONAL,
   INC., a Florida corporation; and DOES 1
17 THROUGH 10, inclusive,

18              Defendant.

19

20     Defendant OMG NATIONAL, INC. in answer to the First Amended Complaint on file

21 herein, hereby admits, denies and alleges as follows:

22     1.    OMG NATIONAL admits the allegations contained in paragraphs 2, 5, and 8.

23     2.    OMG NATIONAL denies the allegations contained in paragraphs 1, 3, 10, 11, 16,

24 17, 18, 19, 20, 21, 24, 25, 26, 27, 28, 31, 32, 33, 34 and 35.

25     3.    OMG NATIONAL admits on information and belief the allegations contained in

26 paragraphs 6, 14, and 15.

27     4.    Answering the allegations contained in paragraphs 4, 13, 23, and 30, OMG

28 NATIONAL lacks information sufficient to admit or deny said allegations and on that basis

RC1/5149560.1/JAW

DEFENDANT OMG NATIONAL'S ANSWER TO
COMPLAINT
CASE NO. CV 08 2033 RMW (HRL)

denies each and every allegation at the present time.

5. Answering the allegations contained in paragraphs 22 and 29, OMG NATIONAL reincorporates by reference its prior admissions and denials as though fully set forth herein.

6. Answering the allegations contained in paragraph 7, OMG NATIONAL admits on information and belief that defendant ORIGINAL MARKETING GROUP, INC. was a Florida corporation with its principal place of business at 3601 W. Commercial Blvd., Ste. 39, Fort Lauderdale, FL 33309-3321. At this time, OMG NATIONAL is informed and believes that defendant ORIGINAL MARKETING GROUP, INC is no longer an active corporation. As to the remaining allegations contained in paragraph 7, OMG NATIONAL lacks information sufficient to admit or deny said allegations and on that basis denies each and every allegation at the present time.

7. Answering the allegations contained in paragraph 9, OMG NATIONAL admits that it is a Florida corporation with its principal place of business at 10120 W. Oakland Park Blvd., Sunrise, FL 33351. As to the remaining allegations contained in paragraph 9, OMG NATIONAL denies each and every allegation contained therein.

8. Paragraph 12 does not appear to contain any allegations against OMG NATIONAL. To the extent paragraph 12 contains any such allegations regarding OMG NATIONAL's liability to plaintiff in this matter, OMG NATIONAL denies each and every allegation contained therein.

AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that said complaint fails to state facts sufficient to constitute a cause of action against this answering defendant.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that the plaintiff, subsequent to the occurrences described in said complaint, failed to properly mitigate its damages and thereby is precluded from recovering those damages which plaintiff could have reasonably

avoided.

AS A THIRD SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that plaintiff has waived and/or is estopped from asserting any claim against this answering defendant by its own acts and omissions with respect to the events and occurrences cited in said complaint, and its failure to adequately protect its own interests.

AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that the incidents were caused by the negligence and/or fault of other persons, corporations and entities, including plaintiff and non-parties to this action, whether named or not named, and that this answering defendant's liability, if any, should be reduced accordingly.

AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that plaintiff is barred and estopped from bringing its claims by the equitable doctrine of unclean hands.

AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that plaintiff lacks standing to pursue the claims asserted in said complaint by or on behalf of the copyright holder.

AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that plaintiff's some or all of plaintiff's causes of action fail because some or all of the photographs claimed to have been misappropriated are part of the public domain.

AS AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF

1  ACTION CONTAINED THEREIN, this answering defendant alleges that said complaint is
2  barred by the doctrine of laches.
3  AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST
4  AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF
5  ACTION CONTAINED THEREIN, this answering defendant alleges that some or all of
6  plaintiff's causes of action in said complaint are barred by the applicable statute of limitations.
7  AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST
8  AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF
9  ACTION CONTAINED THEREIN, this answering defendant alleges that said complaint is
10  barred by the doctrine of estoppel.
11  AS AN ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST
12  AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF
13  ACTION CONTAINED THEREIN, this answering defendant alleges that some or all of
14  plaintiff's causes of action fail because some or all of the photographs in question do not
15  constitute original works of art that enjoy protection under the copyright laws.
16  AS A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST
17  AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF
18  ACTION CONTAINED THEREIN, this answering defendant alleges that some or all of the
19  photographs in question are not registered or properly registered under the Copyright Act.
20  AS A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST
21  AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF
22  ACTION CONTAINED THEREIN, this answering defendant alleges that the use of the
23  photographs was done with an innocent intent and without any belief that any acts constituted an
24  infringement of copyright.

1  **WHEREFORE**, OMG NATIONAL prays for judgment as follows:

2   1.  That plaintiff take nothing by its First Amended Complaint;

3   2.  For costs of suit incurred herein;

4   3.  For reasonable attorneys' fees; and

5   4.  For such other and further relief as the Court deems proper.

Dated: July 14, 2008                                  ROPERS, MAJESKI, KOHN & BENTLEY


By:  /s/
    TODD A. ROBERTS
    Attorneys for Defendants
    ORIGNAL MARKETING GROUP, INC.,
    NATIONAL TELEPHONE MARKETING
    CORP., INC., and OMG NATIONAL,
    INC.

RC1/5149560.1/JAW                          - 5 -                    DEFENDANT OMG NATIONAL'S ANSWER TO
                                                                    COMPLAINT
                                                                    CASE NO. CV 08 2033 RMW (HRL)