TODD A. ROBERTS (SBN 129722)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
Email: troberts@rmkb.com

Attorneys for Defendants
ORIGNAL MARKETING GROUP, INC.,
NATIONAL TELEPHONE MESSAGE CORP.,
INC., and OMG NATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIS CORPORATION, a Nevada corporation,,<br><br>Plaintiff,<br><br>v.<br><br>ORIGNAL MARKETING GROUP, INC., a Florida corporation; NATIONAL TELEPHONE MESSAGE CORP., INC., a Florida corporation; OMG NATIONAL, INC., a Florida corporation; and DOES 1 THROUGH 10, inclusive,<br><br>Defendant. | CASE NO. CV 08 2033 RMW (HRL)<br><br>**DEFENDANT NATIONAL TELEPHONE MESSAGE CORPORATION, INC.'S ANSWER TO FIRST AMENDED COMPLAINT** |

Defendant NATIONAL TELEPHONE MESSAGE CORPORATION, INC. ("National Telephone") in answer to the First Amended Complaint on file herein, hereby admits, denies and alleges as follows:

1. NATIONAL TELEPHONE admits the allegations contained in paragraphs 2, 5, and 8.

2. NATIONAL TELEPHONE denies the allegations contained in paragraphs 1, 3, 10, 11, 16, 17, 18, 19, 20, 21, 24, 25, 26, 27, 28, 31, 32, 33, 34 and 35.

3. NATIONAL TELEPHONE admits on information and belief the allegations contained in paragraphs 6, 14, and 15.

4. Answering the allegations contained in paragraphs 4, 13, 23, and 30, NATIONAL TELEPHONE lacks information sufficient to admit or deny said allegations and on that basis denies each and every allegation at the present time.

5. Answering the allegations contained in paragraphs 22 and 29, NATIONAL TELEPHONE reincorporates by reference its prior admissions and denials as though fully set forth herein.

6. Answering the allegations contained in paragraph 7, NATIONAL TELEPHONE admits on information and belief that defendant ORIGINAL MARKETING GROUP, INC. was a Florida corporation with its principal place of business at 3601 W. Commercial Blvd., Ste. 39, Fort Lauderdale, FL 33309-3321. At this time, NATIONAL TELEPHONE is informed and believes that defendant ORIGINAL MARKETING GROUP, INC. is no longer an active corporation. As to the remaining allegations contained in paragraph 7, NATIONAL TELEPHONE lacks information sufficient to admit or deny said allegations and on that basis denies each and every allegation at the present time.

7. Answering the allegations contained in paragraph 9, NATIONAL TELEPHONE admits on information and belief that defendant OMG NATIONAL, INC. is a Florida corporation with its principal place of business at 10120 W. Oakland Park Blvd., Sunrise, FL 33351. As to the remaining allegations contained in paragraph 9, NATIONAL TELEPHONE denies each and every allegation contained therein.

8. Paragraph 12 does not appear to contain any allegations against NATIONAL TELEPHONE. To the extent paragraph 12 contains any such allegations regarding NATIONAL TELEPHONE's liability to plaintiff in this matter, NATIONAL TELEPHONE denies each and every allegation contained therein.

AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that said complaint fails to state facts sufficient to constitute a cause of action against this answering defendant.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST

1  AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF
2  ACTION CONTAINED THEREIN, this answering defendant alleges that the plaintiff,
3  subsequent to the occurrences described in said complaint, failed to properly mitigate its damages
4  and thereby is precluded from recovering those damages which plaintiff could have reasonably
5  avoided.
6        AS A THIRD SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST
7  AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF
8  ACTION CONTAINED THEREIN, this answering defendant alleges that plaintiff has waived
9  and/or is estopped from asserting any claim against this answering defendant by its own acts and
10  omissions with respect to the events and occurrences cited in said complaint, and its failure to
11  adequately protect its own interests.
12        AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST
13  AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF
14  ACTION CONTAINED THEREIN, this answering defendant alleges that the incidents were
15  caused by the negligence and/or fault of other persons, corporations and entities, including
16  plaintiff and non-parties to this action, whether named or not named, and that this answering
17  defendant's liability, if any, should be reduced accordingly.
18        AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST
19  AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF
20  ACTION CONTAINED THEREIN, this answering defendant alleges that plaintiff is barred and
21  estopped from bringing its claims by the equitable doctrine of unclean hands.
22        AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST
23  AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF
24  ACTION CONTAINED THEREIN, this answering defendant alleges that plaintiff lacks standing
25  to pursue the claims asserted in said complaint by or on behalf of the copyright holder.
26        AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST
27  AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF
28  ACTION CONTAINED THEREIN, this answering defendant alleges that plaintiff's some or all

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5149483.1/JAW

- 3 -

DEFENDANT NATIONAL TELEPHONE'S
ANSWER TO COMPLAINT
CASE NO. CV 08 2033 RMW (HRL)

of plaintiff's causes of action fail because some or all of the photographs claimed to have been misappropriated are part of the public domain.

AS AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that said complaint is barred by the doctrine of laches.

AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that some or all of plaintiff's causes of action in said complaint are barred by the applicable statute of limitations.

AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that said complaint is barred by the doctrine of estoppel.

AS AN ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that some or all of plaintiff's causes of action fail because some or all of the photographs in question do not constitute original works of art that enjoy protection under the copyright laws.

AS A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that some or all of the photographs in question are not registered or properly registered under the Copyright Act.

AS A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE FIRST AMENDED COMPLAINT ON FILE HEREIN, AND TO EACH ALLEGED CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that the use of the photographs was done with an innocent intent and without any belief that any acts constituted an infringement of copyright.

1     **WHEREFORE**, NATIONAL TELEPHONE prays for judgment as follows:

2     1.    That plaintiff take nothing by its First Amended Complaint;

3     2.    For costs of suit incurred herein;

4     3.    For reasonable attorneys' fees; and

5     4.    For such other and further relief as the Court deems proper.

Dated: July 14, 2008                            ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
TODD A. ROBERTS
Attorneys for Defendants
ORIGNAL MARKETING GROUP, INC., NATIONAL TELEPHONE MARKETING CORP., INC., and OMG NATIONAL, INC.