1 | TODD A. ROBERTS (SBN 129722)
ROPERS, MAJESKI, KOHN & BENTLEY
2 | 1001 Marshall Street, Suite 300
Redwood City, CA 94063
3 | Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
4 | Email: troberts@rmkb.com

5 | Attorneys for Defendants
ORIGNAL MARKETING GROUP, INC.,
6 | NATIONAL TELEPHONE MESSAGE CORP.,
INC., and OMG NATIONAL, INC.

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CORBIS CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORIGNAL MARKETING GROUP, INC., a Florida corporation; NATIONAL TELEPHONE MESSAGE CORP., INC., a Florida corporation; OMG NATIONAL, INC., a Florida corporation; and DOES 1 THROUGH 10, inclusive,<br><br>Defendant. | CASE NO. CV 08 2033 RMW (HRL)<br><br>**DEFENDANT NATIONAL TELEPHONE MESSAGE CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>[N.D. Local Rule 3-16.] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Plaintiff, Corbis Corporation

    2.    Defendant, OMG National, Inc.

    3.    Defendant, National Telephone Message Corp.

    4.    Defendant, Original Marketing Group, Inc.

1      5.    State Farm Insurance Company.

Dated: July 15, 2008　　　　　　　　　　　　ROPERS, MAJESKI, KOHN & BENTLEY

By:     /s/
    TODD A. ROBERTS
    Attorneys for Defendants
    ORIGNAL MARKETING GROUP, INC.,
    NATIONAL TELEPHONE MARKETING
    CORP., INC., and OMG NATIONAL,
    INC.

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RCI/5151347.1/JAW      - 2 -      DEF NATIONAL MESSAGE TELEPHONE'S
CERTIFICATE OF INTERESTED ENTITIES
CASE NO. CV 08 2033 RMW (HRL)