TODD A. ROBERTS (SBN 129722)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063
Telephone:    (650) 364-8200
Facsimile:     (650) 780-1701
Email:  troberts@rmkb.com

Attorneys for Defendants
ORIGNAL MARKETING GROUP, INC.,
NATIONAL TELEPHONE MESSAGE CORP.,
INC., and OMG NATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIS CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORIGNAL MARKETING GROUP, INC., a Florida corporation; NATIONAL TELEPHONE MESSAGE CORP., INC., a Florida corporation; OMG NATIONAL, INC., a Florida corporation; and DOES 1 THROUGH 10, inclusive,<br><br>Defendant. | CASE NO.  CV 08 2033 RMW (HRL)<br><br>**DEFENDANT OMG NATIONAL, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>**[N.D. Local Rule 3-16.]** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.      Plaintiff, Corbis Corporation

2.      Defendant, OMG National, Inc.

3.      Defendant, National Telephone Message Corp.

4.      Defendant, Original Marketing Group, Inc.

DEFENDANT OMG NATIONAL, INC.'S
CERTIFICATE OF INTERESTED ENTITIES
CASE NO. CV 08 2033 RMW (HRL)

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

1    5.    State Farm Insurance Company.

2

3   Dated: July 15, 2008                    ROPERS, MAJESKI, KOHN & BENTLEY

4

5                                           By:_____/s/_____
                                               TODD A. ROBERTS
6                                              Attorneys for Defendants
                                               ORIGNAL MARKETING GROUP, INC.,
7                                              NATIONAL TELEPHONE MARKETING
                                               CORP., INC., and OMG NATIONAL,
8                                              INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT OMG NATIONAL, INC.'S
CERTIFICATE OF INTERESTED ENTITIES
CASE NO. CV 08 2033 RMW (HRL)

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City