UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CORBIS CORPORATION, a Nevada corporation,

   Plaintiff(s),

v.

ORIGINAL MARKETING GROUP, INC., a Florida corporation; NATIONAL TELEPHONE MESSAGE CORP., INC., a Florida corporation; OMG NATIONAL, INC., a Florida corporation; and DOES 1 THROUGH 10, inclusive,

   Defendant(s).

Case No. CV 08 2033 RMW (HRL)

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 21, 2008

   Jesse Lubar
   National Telephone Message Corp.; OMG National, Inc.

Dated: August 22, 2008

   Todd Roberts
   Attorney for Defendants

American LegalNet, Inc.
www.USCourtForms.com

Rev. 12/05
RCI/5166040.1/JAW