BROOKE OLIVER, ESQ.  (SBN 172828)
LINDA JOY KATTWINKEL, ESQ. (SBN 164283)
OLIVER, KATTWINKEL & SABEC P.C.
50 Balmy Alley
San Francisco, CA  94110
Phone: 415-641-1116
Fax: 415-695-1116
brooke@okslaw.com
ljk@okslaw.com

Attorneys for Plaintiff
CORBIS CORPORATION

TODD A. ROBERTS (SBN 129722)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063
Telephone:    (650) 364-8200
Facsimile:     (650) 780-1701
troberts@rmkb.com

Attorneys for Defendants
ORIGNAL MARKETING GROUP, INC., NATIONAL TELEPHONE MARKETING CORP., INC., and OMG NATIONAL, INC.

*E-FILED - 11/6/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIS CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ORIGINAL MARKETING GROUP, INC., a Florida corporation; NATIONAL TELEPHONE MESSAGE CORP., INC., a Florida corporation; OMG NATIONAL, INC., a Florida corporation, and DOES 1 THOUGH 10, inclusive,<br><br>Defendants. | No.  CV08-2033 RMW-HRL<br><br>**STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

It is hereby stipulated by and between plaintiff CORBIS CORPORATION and defendants ORIGINAL MARKETING GROUP, INC., NATIONAL TELEPHONE MESSAGE CORP., INC. and

OMG NATIONAL, INC. (collectively "defendants"), through their respective attorneys of record, that the Case Management Conference, currently scheduled for November 7, 2008, shall be continued to December 5, 2008 at 9:00 a.m.

The parties are making progress toward settlement pursuant to mediation, but the final settlement is not yet concluded.  The parties will make their best efforts to finalize the settlement this week. However, plaintiff's counsel is leaving the country on a long-planned trip, beginning this Sunday, November 9, 2008, and will be not be available until November 24, 2008.  As Friday, November 28 is the day after Thanksgiving, the parties assume that the next available Case Management Conference date for the parties and the court is December 5, 2008.

Respectfully submitted:

Dated:  November 4, 2008            OLIVER, KATTWINKEL & SABEC P.C.

By:   /S/
      Brooke Oliver
      Linda Joy Kattwinkel
      Attorneys for Plaintiff CORBIS CORPORATION

Dated:  November 4, 2008            ROPERS, MAJESKI, KOHN & BENTLEY

By:   /S/
      Todd A. Roberts
      Attorneys for Defendants
      ORIGNAL MARKETING GROUP, INC.,
      NATIONAL TELEPHONE MARKETING CORP.,
      INC., and OMG NATIONAL, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  11/6/08                , 2008    _____  for Judge Whyte
                                         United States District Court Judge