1  BROOKE OLIVER, ESQ.  (SBN 172828)
   JACQUELINE SABEC, ESQ. (SBN 205689)
2  OLIVER, KATTWINKEL & SABEC P.C.
   50 Balmy Alley
3  San Francisco, CA  94110
   Phone:  415-641-1116
4  Fax:  415-695-1116
   brooke@okslaw.com
5  ljk@okslaw.com

6  Attorneys for Plaintiff
   CORBIS CORPORATION
7

8  TODD A. ROBERTS (SBN 129722)
   ROPERS, MAJESKI, KOHN & BENTLEY
9  1001 Marshall Street, Suite 300
   Redwood City, CA  94063
10 Phone:  650-364-8200
   Fax:  650-780-1701
11 troberts@rmkb.com

12 Attorneys for Defendants
   ORIGNAL MARKETING GROUP, INC.,
13 NATIONAL TELEPHONE MARKETING CORP., INC.,
   and OMG NATIONAL, INC.
14

15

*E-FILED - 12/17/08*

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18

19 | CORBIS CORPORATION, a Nevada corporation, | No.  CV08-2033 RMW-HRL |

20 | Plaintiff, | **JOINT MOTION AND STIPULATION OF DISMISSAL WITH PREJUDICE AND [] ORDER** |

21 vs.

22 ORIGINAL MARKETING GROUP, INC., a Florida corporation; NATIONAL
23 TELEPHONE MESSAGE CORP., INC., a Florida corporation; OMG NATIONAL,
24 INC., a Florida corporation, and DOES 1 THOUGH 10, inclusive,

25           Defendants.

26

27

28

---

CV 08 2033 RMW-HRL    -1-    Joint Motion and Stipulation for Dismissal and [] Order

1  Plaintiff Corbis Corporation and Defendants Original Marketing Group, Inc., National
2  Telephone Message Corp., Inc. and OMG National, Inc., by and through their respective attorneys of
3  record, hereby file this joint motion for dismissal with prejudice and stipulate as follows:

4  1.  The parties have entered into a confidential Settlement Agreement and Release (the
5  "Agreement") in this matter whereby they have resolved all claims in this action and have agreed to the
6  dismissal of the above-captioned action with prejudice. Each party has agreed to bear its own attorneys'
7  fees and costs.

8  2.  Accordingly, the parties jointly request the Court to dismiss this action with prejudice.
9  Additionally, the parties jointly request the Court to retain jurisdiction over this case during the
10 pendency of this matter for the sole purposes of resolving any disputes regarding the terms of the
11 Agreement and enforcement of the obligations arising therefrom.

Dated: 12/11/2008

Respectfully submitted,

OLIVER, KATTWINKEL & SABEC P.C.

By _____
BROOKE OLIVER
Attorneys for Plaintiff

Dated: 12/11/08

ROPERS, MAJESKI, KOHN & BENTLEY

By _____
TODD ANDREW ROBERTS
Attorneys for Defendants

ORDER

Having considered the parties' Joint Motion and Stipulation of Dismissal with Prejudice and for good cause appearing, it is HEREBY ORDERED:

1         1.        The above-entitled action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

2         2.        This Court shall maintain jurisdiction over this case for the sole purposes of resolving any disputes regarding the terms of the Agreement and enforcement of the obligations arising therefrom.

Dated: __12/17/08__                              _____/s/ Ronald M. Whyte_____
                                                 The Honorable Ronald M. Whyte
                                                 United States District Judge